**EXHIBIT A**

Case 2:14-cv-02099-GEB-AC    Document ... Filed ... Page ... of ...

US007992917B2

## (12) United States Patent
### McCormick et al.

(10) Patent No.: **US 7,992,917 B2**
(45) Date of Patent: **Aug. 9, 2011**

(54) **PROTECTIVE LAMINATES FOR WINDSHIELDS**

(75) Inventors: **Chris McCormick**, Draper, UT (US); **A. Brent Strong**, Sandy, UT (US); **Mike D. Ridges**, American Fork, UT (US); **Kevin A. Plumb**, Sandy, UT (US); **Jeff Smith**, Draper, UT (US)

(73) Assignee: **Clearplex Corporation**, Draper, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 239 days.

(21) Appl. No.: **11/939,441**

(22) Filed: **Nov. 13, 2007**

(65) **Prior Publication Data**
US 2008/0174140 A1    Jul. 24, 2008

### Related U.S. Application Data

(63) Continuation-in-part of application No. 10/993,619, filed on Nov. 19, 2004, now abandoned.

(60) Provisional application No. 60/523,966, filed on Nov. 20, 2003, provisional application No. 60/552,784, filed on Mar. 12, 2004.

(51) **Int. Cl.**
*B60J 1/20*    (2006.01)

(52) **U.S. Cl.** ...... 296/95.1; 428/40.1; 428/343; 428/412; 428/480

(58) **Field of Classification Search** ................. 296/95.1; 428/40.1, 223, 343, 412, 480
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,310,600 | A | 1/1982 | Cross |
| 4,477,519 | A | 10/1984 | Frye |
| 4,567,237 | A | 1/1986 | Johnson et al. |
| 4,751,139 | A | 6/1988 | Hensel et al. |
| 4,777,090 | A | 10/1988 | Ovshinsky et al. |
| 4,801,640 | A | 1/1989 | Dallman et al. |
| 5,002,326 | A | * 3/1991 | Westfield et al. .......... 296/95.1 |
| 5,132,588 | A | 7/1992 | Warman |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0539099 | 4/1993 |

(Continued)

#### OTHER PUBLICATIONS

3M Introduces Anti-Graffitti Solution for Commercial Buildings, 3M United States, Jul. 29, 2002, 2 pages.

(Continued)

*Primary Examiner* — Glenn Dayoan
*Assistant Examiner* — Paul A Chenevert
(74) *Attorney, Agent, or Firm* — Workman Nydegger

(57) **ABSTRACT**

Protective laminate films protect an underlying windshield from damage due to impacting rocks or other debris. The laminate films generally include a substrate having a scratch resistant coating adhered to one side and an adhesive layer adhered to an opposite side. Adhesion promoter and primer layers may be provided to enhance adhesion of the scratch-resistant coating to the substrate. Each layer is transparent such that, when applied to a windshield, the laminate film does not impact a driver's visibility. Each layer may also be flexible so that the laminate films can be molded to a curved windshield. Generally, the scratch resistant coating protects the laminate films from scratching or other damage from impacting debris or from windshield wipers. The substrate provides structural integrity to the laminate films and may provide some impact dispersion. The adhesive layer, in addition to adhering the laminate films to the windshield, may also provide significant impact resistance that protects the windshield from cracks or chips due to impacting rocks or other debris.

**26 Claims, 3 Drawing Sheets**



## US 7,992,917 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,169,694 A | 12/1992 | Endo et al. | |
| 5,415,942 A | 5/1995 | Anderson | |
| RE35,318 E | 8/1996 | Warman | |
| 5,653,497 A | 8/1997 | Campfield et al. | |
| 5,677,050 A | 10/1997 | Bilkadi et al. | |
| 5,730,644 A | 3/1998 | Pfanstiehl | |
| 5,820,201 A * | 10/1998 | Jabalee | 296/136.02 |
| 5,820,957 A | 10/1998 | Schroeder et al. | |
| 5,860,689 A | 1/1999 | Campfield et al. | |
| RE36,308 E | 9/1999 | Yang | |
| 5,972,453 A * | 10/1999 | Akiwa et al. | 428/40.1 |
| 6,030,671 A * | 2/2000 | Yang et al. | 428/34 |
| 6,082,535 A | 7/2000 | Mitchell | |
| 6,142,868 A | 11/2000 | Pfanstiehl | |
| 6,143,387 A | 11/2000 | Kubler et al. | |
| 6,227,599 B1 | 5/2001 | Campfield et al. | |
| 6,250,765 B1 | 6/2001 | Murakami | |
| 6,276,741 B1 | 8/2001 | Campfield et al. | |
| 6,372,313 B1 | 4/2002 | D'Alessio et al. | |
| 6,391,400 B1 | 5/2002 | Russell et al. | |
| 6,461,709 B1 * | 10/2002 | Janssen et al. | 428/41.7 |
| 6,482,488 B1 * | 11/2002 | Janssen et al. | 428/40.1 |
| 6,492,017 B1 | 12/2002 | Bohm et al. | |
| 6,613,411 B2 | 9/2003 | Kollaja et al. | |
| 6,614,423 B1 | 9/2003 | Wong | |
| 6,634,695 B2 | 10/2003 | Campfield et al. | |
| 6,660,388 B2 * | 12/2003 | Liu et al. | 428/421 |
| 6,660,397 B2 | 12/2003 | Fitch et al. | |
| 6,777,055 B2 * | 8/2004 | Janssen et al. | 428/41.8 |
| 6,802,416 B1 | 10/2004 | D'Alessio et al. | |
| 6,831,714 B2 | 12/2004 | Masaki et al. | |
| 6,841,190 B2 | 1/2005 | Liu et al. | |
| 6,878,425 B1 | 4/2005 | Gomes | |
| 6,960,040 B2 | 11/2005 | D'Alessio et al. | |
| 6,975,888 B2 | 12/2005 | Buesseler et al. | |
| 7,389,869 B2 | 6/2008 | Mason, Jr. | |
| 7,529,364 B2 | 5/2009 | Buehler | |
| 7,558,594 B2 | 7/2009 | Wilson | |
| 2004/0048023 A1 | 3/2004 | Clieve | |
| 2005/0022924 A1 | 2/2005 | Blackburn | |
| 2005/0047589 A1 | 3/2005 | Chang | |
| 2005/0116334 A1 | 6/2005 | Buehler | |
| 2006/0222801 A1 | 10/2006 | Mase | |
| 2007/0026234 A1 | 2/2007 | Mase | |
| 2007/0229962 A1 | 10/2007 | Mason | |
| 2008/0156414 A1 | 7/2008 | Campfield et al. | |
| 2009/0086415 A1 | 4/2009 | Chipping | |
| 2009/0301907 A1 | 12/2009 | Mason | |
| 2009/0325657 A1 | 12/2009 | Ramsdell et al. | |
| 2010/0270189 A1 | 10/2010 | Pedersen, II | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 57047213 A | * | 3/1982 |
| KR | 20-0206982 | | 12/2000 |
| WO | WO2003-036454 | | 5/2003 |
| WO | WO2007-046637 | | 4/2007 |

### OTHER PUBLICATIONS

3M Optically Clear Laminating Adhesives, 3M United States, Jul. 2001, 6 pages.

3M Optically Clear Adhesives, 3M United States, 2002, 2 pages.

3M™ Optically Clear Adhesive 8141 Clear 24 in.×180 ft., 1 per case, 3M United States, Nov. 18, 2003, 2 pages.

3M™ Optically Clear Laminating Adhesives, 3M United States, Nov. 18, 2003, 2 pages.

Scotchgard™ Anti-Graffitti Window Film AG-4 60 ft.×150 ft., 3M United States, Nov. 18, 2003, 5 pages.

Scotchgard™ Anti-Graffitti Window Film AG-7, 60 ft.×100 ft., Nov. 18, 2003, 2 pages.

Protection Against Shattering Experiences, DuPont™ Spallshield®, Nov. 17, 2003, 6 pages.

Ricochet Protects, www.richochet.com, Mar. 17, 2004, 4 pages.

Supertint Sun Control Specialists, www.supertint.com, Feb. 2, 2004, 11 pages.

Llumar Window Film, www.llumar.com, Feb. 2, 2004, 5 pages.

How NASCAR Safety Works, www.auto.howstuffworks.com, Mar. 15, 2004, 5 pages.

Office Action dated Aug. 30, 2006 cited in related U.S. Appl. No. 10/993,619.

Office Action dated Mar. 8, 2007 cited in related U.S. Appl. No. 10/993,619.

Office Action dated Aug. 15, 2007 cited in related U.S. Appl. No. 10/993,619.

Office Action dated Feb. 5, 2008 cited in related U.S. Appl. No. 10/993,619.

U.S. Appl. No. 12/111,537, filed Apr. 29, 2008, McCormick et al.

Tocken Wrapper, Protective film for ipod shuffle; www.tocken.co.kr; 2004-2005.

Tocken Wrapper for iPod mini; http://caizer.com/?mid=tech&page=22&document_srl=20234&listStyle=&page=; Feb. 18, 2005.

http://www.enfun.net/technique/review/?step=20&dataSeqNo=42417; Jan. 13, 2011.

Statement of Min-Woo Seo; Mar. 10, 2010.

http://www.appleforum.com; AppleForum; Jul.-Nov. 2005.

Withipod Community for Korean Ipod Users; http://withipod.net/?mid=podmagazine_notice&category=2078464&search_keyword=tocken&search_target=title&document_srl=2078532; Nov. 22, 2004.

Tocken Wrapper, User's Review; www.withipod.net; Mar. 24, 2005.

Tocken Wrapper, User's Review; www.withipod.net; Mar. 21, 2005.

Tocken Wrapper, Magazine Article, MacMadang, p. 48, Published Jul. 1, 2005.

User's review of Noxx PSP protection film from internet website; http://raven.ogloos.com/1076693; Jul. 25, 2005.

Sales Bulletin for Tocken Wrapper; http://kmug.co.kr, Sep. 11, 2005.

Crandall/Dahl/Lardner; "An Introduction to the Mechanics of Solids", pp. 273-276; Jan. 25, 1996. See pp. 14-15 of NPL document No. 13 for relevance.

Presentation for Oral Hearing for Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523); Kim & Chang, Mar. 16, 2010.

English Translation of Sep. 18, 2009 Brief for Seung-Kyun Oh (president of Korean distributor for Zagg), Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).

Oct. 14, 2009 Brief for Seung-Kyun Oh (president of Korean distributor for Zagg), Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).

Oct. 14, 2009 Brief for SGP, Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).

Nov. 14, 2009 Brief for Seung-Kyun Oh (president of Korean distributor for Zagg), Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).

U.S. Appl. No. 11/681,665, mail date Feb. 2, 2010, Office Action.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3A



*Fig. 3B*



*Fig. 4*



*Fig. 5A*



Fig. 5B



Fig. 6

US 7,992,917 B2

1

# PROTECTIVE LAMINATES FOR WINDSHIELDS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of copending U.S. patent application Ser. No. 10/993,619, filed Nov. 19, 2004, which claims the benefit of U.S. Provisional Patent Application No. 60/523,966, filed Nov. 21, 2003, and U.S. Provisional Patent Application No. 60/552,784, filed Mar. 12, 2004, the disclosures of which are incorporated herein in their entirety.

## BACKGROUND OF THE INVENTION

### 1. The Field of the Invention

The present application relates to protective laminates and coating. More particularly, the present invention relates to durable optically transparent laminates for protecting windshields from damage due to gravel, rocks or other debris impacting the windshield.

### 2. The Relevant Technology

Every year, millions of windshields are damaged by rocks or other debris that impact the windshield. Winter is particularly hazardous in many areas where environmental constraints on the use of salt to control icy surfaces result in a great deal of sand or other solid substances being used. Sand, natural rubble and construction debris have created a year-round hazardous situation for glass (and/or laminated) windshields in any overland vehicle or glass in other equipment, as the sand and other solid debris are thrown up and collide with windshields.

If the damage is slight, such as a small chip in the windshield, it can often be repaired in situ. Greater damage, such as larger chips and cracks, may require the windshield to be replaced. The cost of repairing or replacing a windshield can range up to hundreds of dollars or more. Accordingly, there is a continuing need for improved coatings and methods that can reduce windshield replacements by protecting against windshield damage from impacting debris.

Previous attempts to provide exterior films to protect windshields from damage have failed or are limited for a number of reasons. Such reasons include, for example, that the films: do not cover the entire glass; do not adhere well to the glass; do not readily conform to a curved windshield; are not UV stable over the long term; are readily scratched by windshield wipers and/or car wash brushes; and/or have poor optical quality due to inferior film or adhesive restrictions.

For example, U.S. Pat. No. 6,634,695 ("the '695 patent") discloses an impact resistant barrier around the periphery of a windshield. Barrier materials disclosed in the '695 patent include clear polymeric films as well as opaque materials such as rubber, plastic, or metal. Particularly, one suitable barrier material disclosed by the '695 patent is SCOTCH-CAL™, an 8 mils thick polyurethane film sold by 3M. By limiting the extent of these clear and opaque barriers to the periphery, high visibility is maintained in the center of the windshield while protection is provided around the periphery. This approach is clearly limited in that such barriers are not suitable to cover the entire windshield. Thus, in order to maintain a suitable visibility where the barrier materials are applied, the '695 patent limits itself to protecting only those portions of the windshield where high visibility is not necessary.

Attempts thus far at providing a clear protective film to cover an entire automobile windshield have failed for various

2

reasons, typically because the suggested films are not sufficiently transparent, distort the view, are not UV stable, or scratch easily. For example, the transparent laminate materials currently commercially available as Scotchgard Anti-Graffiti Window Film AG-4 and Scotchgard Anti-Graffiti Window Film AG-7 from 3M Corporation were tested for windshield applications. These films were found to be unsuitable because they do not provide sufficient scratch resistance for windshield applications and the underlying PET is not UV stable. Under the demanding conditions windshield use can place upon a laminate film, the AG-4 and AG-7 were both been found to degrade and scratch more than is acceptable.

Accordingly, there is a continuing need for new and improved methods and coatings to protect an entire windshield from damage without significantly reducing the optical qualities of the windshield.

## BRIEF SUMMARY OF THE INVENTION

The present application provides protective coatings and laminates for vehicle and equipment windshields. The protective coatings and laminates are optically transparent and thin yet are able to protect an automobile windshield from damage caused by object impacts and scratching. The various layers of the protective laminate films serve one or more of several principal functions, including: scratch resistance, structural support for the laminate film, shock absorbance, and adhesion to an underlying glass surface. These functions are obtained while maintaining high clarity and being substantially distortion free.

Accordingly, a first exemplary embodiment of the invention is an optically transparent laminate film for protecting a vehicle windshield. The film generally includes a substrate comprising a first surface and a second surface, a scratch-resistant coating disposed on the first surface of the substrate, and an adhesive layer disposed upon the second surface of the substrate. An adhesion promoter may be applied to the first surface of the substrate prior to application of the scratch-resistant coating to promote better adhesion of the scratch-resistant coating to the substrate. A primer coating can also be included between the scratch-resistant coating and the adhesion promoter to further enhance adhesion of the scratch-resistant coating to the substrate. The primer may also be formulated to provide UV protection for the substrate. An adhesion promoter may also be applied between the substrate and adhesive layer to promote better adhesion between the substrate and adhesive layer.

Another exemplary embodiment of the invention is an optically transparent laminate film for protecting a vehicle windshield. This film generally includes a scratch-resistant substrate comprising a first surface and a second surface, the first surface comprising a material that is substantially scratch resistant, and a shock absorbing adhesive layer disposed upon a second surface of the substrate, wherein the shock absorbing adhesive layer is effective to substantially disperse the impact forces of debris that contacts an automobile windshield and thereby reduce damage to the windshield and securely adhere the laminate film to the underlying automobile windshield. An adhesion promoter may be applied between the scratch-resistant substrate and shock absorbing adhesive layer to enhance adhesion between the substrate and adhesive layer.

Yet another exemplary embodiment of the invention is an optically transparent laminate film for protecting a standard overland laminated safety glass automobile windshield. The film generally includes a transparent substrate comprising a first surface and a second surface, the substrate having a

US 7,992,917 B2

3

thickness of from about 2 mils to about 10 mils, or about 2.5 mils to about 8 mils, or about 3 mils to about 5 mils, a scratch-resistant coating disposed upon a first surface of the substrate, wherein the scratch resistant coating has a thickness from about 2 microns to about 20 microns or about 5 microns to about 15 microns, or about 7.5 microns to about 12.5 microns, and an adhesive layer disposed upon a second surface of the substrate, wherein the adhesive layer has a thickness from about 12 GSM to about 30 GSM, or about 14 GSM to about 20 GSM and wherein the adhesive layer is shock absorbing such that it substantially disperses forces from impacting debris and thereby reduces damage to an underlying glass layer. An adhesion promoter and/or primer coating may be applied between the substrate and scratch-resistant coating to further enhance adhesion of the scratch-resistant coating to the substrate and/or between the substrate and adhesive layer.

The substrate may comprise, for example, plasticized vinyl (polyvinyl chloride with plasticizer) or other optically transparent materials such as polyethylene terephthalate (PET), PET/polycarbonate blend, polyester, polyurethane, polycarbonate, acrylic based materials, and blends and combinations of the foregoing.

The scratch-resistant coating may comprise any material that is capable of providing scratch-resistance to the substrate while being sufficiently flexible as to remain optically transparent even if the laminate film is bent, curled or rolled, such as when it is rolled onto a spool for storage and transport and/or applied around the curved exterior surface of a windshield or other generally curved window surface. Examples include certain scratch-resistant polymers, such as scratch-resistant polyesters and scratch resistant acrylic acrylates.

An example of a suitable adhesive is an optically clear, pressure sensitive, solvent based acrylic adhesive.

An example of a suitable adhesion promoter is a thinly applied acrylic resin having a thickness in a range of about 0.05 micron to about 1 micron, or about 0.075 micron to about 0.75 micron, or about 0.25 micron (i.e., about 0.00001 inch).

An example of a suitable primer is a mixture or copolymer of a fluoropolymer and acrylic resin, optionally with a UV inhibitor to provide UV protection to the underlying layers, including the polymer substrate, which may degrade over time when exposed to UV radiation. The primer may have a thickness of about 0.5 micron to about 10 microns, or about 0.75 micron to about 7.5 microns, or about 1 micron to about 5 microns.

These and other advantages and features of the present invention will become more fully apparent from the following description and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

To further clarify the above and other advantages and features of the present invention, a more particular description of the invention will be rendered by reference to specific embodiments thereof which are illustrated in the appended drawings. It is appreciated that these drawings depict only typical embodiments of the invention and are therefore not to be considered limiting of its scope. The invention will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

FIG. 1 is a box diagram that schematically illustrates a windshield with a protective laminate film attached thereto according to one embodiment of the invention;

4

FIG. 2 is a box diagram that schematically illustrates a windshield with a protective laminate film attached thereto according to another embodiment of the invention; and

FIG. 3A is a box diagram that schematically illustrates a protective laminate film with a release liner to protect the adhesive layer during storage and transport;

FIG. 3B is a box diagram that schematically illustrates a protective laminate film similar to the laminate film of FIG. 2A but with a clear backing layer to protect the scratch-resistant coating during storage and transport;

FIG. 4 is a box diagram that schematically illustrates a protective laminate film with an adhesive layer between the substrate and scratch-resistant coating to improve adhesion of the scratch-resistant coating to the substrate;

FIG. 5A is a box diagram that schematically illustrates a protective laminate film with an adhesive promoter layer and a primer layer between the substrate and scratch-resistant coating to improve adhesion of the scratch-resistant coating to the substrate and provide improved UV protection;

FIG. 5B is a box diagram that schematically illustrates a protective laminate film similar to the laminate film of FIG. 4A but with an additional adhesion promoter layer between the substrate and adhesive layer;

FIG. 6 is a box diagram that schematically illustrates one step in the process of applying a protective laminate film to a windshield according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention relates to protective laminate films for use in protecting automobile windshields. When properly applied to the exterior of a glass windshield, the protective laminate films can extend the life of a windshield by reducing or eliminating windshield damage caused by flying rocks or other debris. The various layers of the protective laminate films serve one or more of several principal functions, including scratch resistance, structural support for the laminate film, shock absorbance, and adhesion to an underlying glass surface. In addition, the protective laminate films maintain an optically clear and substantially distortion-free view for a driver and avoid scratches or other marring that conventional attempts to protect a windshield are subject to. At the end of the laminate film's service life or when it is damaged, preferred laminate films of the invention can be removed by a user without great difficulty, returning the windshield to its original state and/or allowing the application of a new protective laminate film.

Reference will now be made to the drawings to describe various aspects of exemplary embodiments of the invention. It is to be understood that the drawings are diagrammatic and schematic representations of such exemplary embodiments, and are not limiting of the present invention, nor are they necessarily drawn to scale. In particular, the various layers of the protective laminate films are drawn without regard to any particular layer thicknesses. No inference should therefore be drawn from the drawings as to the layer thicknesses from the drawings.

In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be obvious, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known aspects of laminate films have not been described in particular detail in order to avoid unnecessarily obscuring the present invention.

5

6

All measurements disclosed herein are at sea level at standard temperature and pressure, unless indicated otherwise.

FIG. 1 depicts an example of a protective laminate film 100 adhered to a windshield 102 so as to yield a protected windshield according to the invention. In this embodiment, the protective laminate film 100 includes a substrate 106 with a scratch resistant coating 104 on an exterior surface thereof and an adhesive layer 108 on a windshield adjacent surface thereof.

Although the layered structure depicted in FIG. 1 is one exemplary structure, other possible layered structures may also be used depending upon the details of the windshield the laminate film is designed for as well as the intended use. In addition, materials developed in the future may alter the preferred construction of the laminated films disclosed herein. For example, FIG. 2 depicts laminate film 200 adhered to windshield 202. Laminate film 200 includes a scratch-resistant substrate 204 and a shock absorbing adhesive layer 206.

Other non-limiting examples of different layered structures include: scratch resistant coating/substrate/shock absorbing adhesive layer/shock absorbing substrate/adhesive; scratch resistant coating/shock absorbing layer/substrate/adhesive; and other similar structures. In each of the foregoing, one or more of the substrate(s) and the adhesive(s) can be shock absorbing. The particular selection of layer selection and thicknesses may depend on the angle at which a windshield is inclined, such as 90° in the case of security vehicles all the way down to about 27° for some sport vehicles. Additional examples of layered protective film structures are illustrated in FIGS. 3-5, discussed below.

As previously mentioned, there are several functions performed by laminate film 100. These include at least scratch resistance, structural integrity, shock absorbance, impact dispersion, and windshield adhesion. In order to meet the foregoing requirements, one or both of the substrate 106 and the adhesive layer 108 can be selected to provide shock absorbance.

In addition to satisfying the foregoing design limitations, one or more layers in the laminate film can provide UV protection, for example of greater than 99%. Various embodiments will also preferably repel water and/or dampen sound as well as have the ability for quick and easy removal from a windshield.

The protective laminate films of the invention (and thus each of the layers discussed herein) must be optically clear and substantially distortion free. They should preferably satisfy certain minimum requirements as to flexibility (suitable for application to a curved windshield and/or storage on a roll), extensibility (from 100 to 600% elongation at break), haze (less than 1%), consistent refractive index over the entire laminate film, high transmittance (over 97%) over the visible wavelength range (approximately 400-700 nm), chemical, water, and temperature resistance, and general durability (at least 1 year under normal wear, preferably at least 3 years, more preferably at least 5 years). In effect, the laminate films of the invention are preferably virtually unnoticeable to a user looking through a windshield 102 over which a protective laminate film 100 is applied. In addition, a windshield supporting the laminate film must continue to satisfy all applicable government standards, including for example the Department of Transportation's Head Impact Crash Tests.

Referring again to FIG. 1, scratch resistant coating 104 is employed to prevent scratches or markings on the windshield from windshield wipers, car wash brushes, small debris that impacts the windshield, and the like. Normally a glass windshield is substantially resistant to such scratching or marring and no scratch resistant coating is needed. The application of the protective laminate film, however, creates the need for a scratch resistant coating due to the tendency of most transparent materials that can be used in a protective laminate film to scratch or retain other undesirable markings. If the laminate film is to be used in an area requiring significantly heavier wiper usage, such as certain areas of the Pacific Northwest, more durable scratch resistant coatings may be required.

Accordingly, scratch resistant coating 104 can be any transparent material suitable for preventing scratching and marring while meeting the other design requirements for the laminate film. Scratch resistant coatings are generally known in the art, although not all are suitable for use on automobile windshields. For example, the scratch resistant coating marketed as MADICO CL-400 is suitable for use in short term applications in the protective laminate films of the invention. Longer lasting scratch resistant coatings are characterized by having only a 2% or less increase in haze after receiving 100 strokes from a Tabor wheel (the Tabor wheel is a device for testing hardness that is known in the art). In addition, preferred scratch resistant coatings allow focused light (such as headlights) to pass through without scattering. This feature is obtained in sufficiently durable scratch resistant coatings by reducing the number of light scattering particulates, such as silicates or other contaminants, that are typically present in scratch resistant coatings. In addition, long lasting scratch resistant coatings can be UV stabilized by methods known in the art to prevent them from deteriorating due to UV light. A long lasting scratch resistant coating as described above is currently available from Madico Inc. in Woburn, Mass.

Examples of scratch resistant coatings include crystalline polyesters, acrylic acrylates, melamine, and the like. The scratch resistant coatings can be applied directly to the substrate as a solid film by means of an adhesive or a liquid applied to the substrate. An exemplary scratch resistant coating is applied as a liquid and heated to remove solvent and effect curing. One such material includes a mixture of one or more acrylic monomers, colloidal silica, ethanol, and a silicone slip agent. Adhesion promoters and/or primers can be used to increase adhesion of the scratch resistant layer to the substrate.

The scratch resistant coatings as used in embodiments of the invention preferably have a thickness of from about 2 microns to about 20 microns, more preferably from about 5 microns to about 15 microns, and most preferably from about 7.5 microns to about 12.5 microns.

Substrate 106, in turn, must be flexible such that it can conform to a curved glass surface while being sufficiently rigid and durable to hold the protective laminate film together in adverse conditions or over time. In addition, the substrate 106 will disperse the impact forces of an impacting rock or other debris. Preferred substrates will also be UV stabilized so they do not degrade over the usable life of the laminate film. Examples of suitable substrates may include plasticized vinyl (polyvinyl chloride with plasticizer) or other optically transparent materials such as polyethylene terephthalate (PET), PET/polycarbonate blend, polyester, polyurethane, urethane, polycarbonate, acrylic based materials, and blends and combinations of the foregoing may be used as the substrate. Manufacturers of the foregoing include, for example, General Electric Polymers, DuPont, 3M, Avery Dennison, Bekaert Film, CP Films, Hanita Films, Rohm Haas, Madico, Hisco, Johnson Laminating, Kimoto Tech, Strata Film Coatings and InteliCoat.

In one embodiment, the substrate and scratch resistant coating can include an optical grade, UV stable polyester layer with a scratch-resistant and mar-resistant UV stable

US 7,992,917 B2

7

coating (made of TINUVIN®-enriched acrylic acrylate scratch resistant coating, for example) on the outer surface.

In another embodiment of the invention, a combined scratch resistant substrate can be obtained and used. Such a scratch resistant substrate may be a monolithic material or may comprise a laminate with various layers.

The substrate, whether coated with an additional scratch-resistant coating or being a combined monolithic, scratch-resistant substrate, preferably has a thickness of from about 2 mils to about 10 mils, more preferably from about 2.5 mils to about 8 mils, still more preferably from about 3 mils to about 5 mils.

The optical grade adhesive layer 108 is used to adhere the laminate film to the windshield. Preferred adhesives are, by way of example, optically clear, pressure sensitive, solvent based, acrylic adhesives. Other suitable adhesives may include solvent based adhesives, hot melt adhesives, water based adhesives, and alcohol-based adhesives. Manufacturers of such adhesives include, by way of example only, corporations such as Ashland Chemical, Adhesive Research, Rohm Haas, National Starch, Solutia, Sovereign, and Avery Dennison.

Several examplary optical grade adhesives that are currently commercially available from the 3M Corporation include: 3M 1 mil permanent and OPTICALLY CLEAR LAMINATING ADHESIVES 8141, 8142, 8161, and 9483. Other preferred adhesives include INTELICOAT 0.00325, INTELICOAT 0.003 OCAV3, and INTELICOAT 0.003 OCALT, MADICO "X" and "G" adhesives, Kimoto Tech adhesives, and optical grade adhesives from Lintech. Of course, any of numerous other optical grade adhesives may be suitable so long as they meet the aforementioned design criteria for the laminate film. In addition, suitable optical grade adhesives are non-crystalline. For example, a number of polyurethane and acrylic based optical grade adhesives are known in the art. An adhesion promoter can be used to increase adhesion of the adhesive layer to the substrate.

Depending upon the selected material and the associated hardness, the adhesive layer preferably has a thickness of from about 1 micron to about 50 microns, more preferably from about 5 microns to about 40 microns, and most preferably from about 10 microns to about 30 microns. Alternatively, the adhesive layer can be characterized by GSM (grams per squared meter). Thus, the preferred adhesive can have a thickness of from about 12 to about 30 GSM, more preferably from about 14 to about 20 GSM. Although it is possible to use more adhesive than 20 GSM to obtain a higher level of impact protection, the higher levels of adhesive provide a greater chance of increased optical distortion in applications where the rake of the windshield is closer to the horizontal plain.

In addition, either or both of the adhesive layer 108 and substrate 106 can provided the requisite shock absorbing functions. Thus, preferred adhesive materials will be selected to optimize shock absorbing functionality. The shock absorbing layer(s) and the impact dispersing effect of the substrate are implemented to substantially absorb and disperse the impact forces of rocks and other debris that impact a windshield. As a result, a rock thrown up by a large truck may deflect off the windshield with only a minor mark caused its impact. In contrast, without the shock absorbing layer a large break or crack in the windshield would likely occur.

Various features of proposed shock absorbing materials must be considered before selecting a suitable shock absorbing layer. In addition to the foregoing mentioned characteristics of suitable laminate films, such as flexibility, high optical transmittance, low distortion, and durability, the shock

8

absorbing layer also needs to have a suitable degree of hardness to absorb and substantially disperse the impact of the debris without breaking or allowing the windshield to break. Accordingly, the shock absorbing layer preferably has a Shore A hardness from about 0 to about 80, more preferably from about 0 to about 20, still more preferably from about 10 to about 20.

In one embodiment of the invention, a shock absorbing adhesive layer can be used. Such a material may be a single layer of an optical grade adhesive or a relatively thick layer of two or more optical grade adhesives. For example, two 5 mil layers of laminar optical adhesive can be placed back to back to provide a single 10 mil shock absorbing adhesive layer with excellent shock absorbing, adhesive, and optical properties. Suitable optical grade adhesives include materials disclosed herein or otherwise known in the art. For example, the OPTICALLY CLEAR LAMINATING ADHESIVES 8141, 8142, 8161, and 9483 from the 3M Corporation may be suitable for use as a shock absorbing layer in some embodiments of the invention when applied in a sufficient thickness.

In one embodiment of the invention, the optical adhesive intended for use as a shock absorbing adhesive layer is obtained in mass form and applied to the aforementioned substrate to a desired thickness. Notably, such use may include applying the adhesive much thicker than is contemplated when it is used solely for its adhesive properties.

As previously noted, the particular selection of layer materials and thicknesses may depend on the angle at which a windshield is inclined, such as 90° in the case of security vehicles all the way down to about 27° for some sport vehicles. For a 27° windshield, one preferred laminate film will have 17 GSM adhesive under a 4 mil substrate layer with a suitable scratch resistant coating. These layers are relatively thin because the angle at which a user looks through the windshield increases the amount of laminate film they look through. A 90° windshield, in turn, may have up to 7 mils of PET and 7 mils of adhesive, with a scratch resistant coating, and still maintain suitable clarity.

Referring now to FIG. 3A, according to one embodiment of the invention, a protective laminate film 300 may include a scratch-resistant coating layer 304, a polymeric substrate layer 306, an adhesive layer 308, and a release liner 310 on the glass adjacent surface of the adhesive layer 308. FIG. 3B illustrates a protective laminate film 300' that further includes a clear backing liner 303 on an outer surface of the scratch-resistant coating. The clear backing liner 303 and release liner 310 allow the laminate film 300 to be handled, stored, transported, and installed without wear and soiling of the upper and lower surfaces of the protective film. Alternatively, liners or backing formed of a non-clear material may be substituted for the clear backing and/or the release liner.

FIG. 4 illustrates another embodiment of a protective film 400 according to the invention, which includes a scratch-resistant coating layer 404, a first adhesive layer 405 between the scratch-resistant coating 404 and a polymeric substrate layer 406, a second adhesive layer 408 on an opposite side of the substrate layer 406, and a release liner 410 adjacent to the second adhesive layer 408. The first adhesive layer 405 increases adhesion of the scratch-resistant coating 404 to the polymeric substrate layer 406. The first adhesive layer 405 may comprise the same adhesive material as the second adhesive layer 408. In one embodiment, the first adhesive layer 405 has a thickness that is substantially less than the thickness of the second adhesive layer 408. In another embodiment, the first adhesive layer 405 has a thickness that is equal to or exceeds the thickness of the second adhesive layer 408 in

US 7,992,917 B2

9

order to provide added shock absorbance instead of or in addition to shock absorbance that may be provided by the second adhesive layer 408.

FIG. 5A illustrates another embodiment of a protective film 500 according to the invention, which includes a scratch-resistant coating 504, a first adhesive layer 505 between the scratch-resistant coating 504 and a polymeric substrate layer 506, a second adhesive layer 508 on an opposite side of the substrate layer 506, and a release liner 510 adjacent to the second adhesive layer 508. The first adhesive layer 505 is further comprised of an adhesion promoter layer 514 on a surface of the polymeric substrate layer 506 opposite the adhesive layer 508 and a primer layer 512 on top of the adhesion promoter layer 514. The adhesion promoter layer 514 increases the bond between the primer layer and the substrate layer and may comprise, for example, an acrylic-based resin, such as a mixture of polyurethane and acrylic resins. The adhesion promoter layer preferably has a thickness in a range of about 0.05 micron to about 1 micron, more preferably about 0.075 micron to about 0.75 micron, and most preferably about 0.1 micron to about 0.5 micron. According to one embodiment, the adhesion promoter of a thickness of about 0.25 micron (or about 0.00001 inch).

The primer layer may comprise a blend of fluoropolymer and acrylic resin. In addition, the primer may include a UV protective compound known in the art in order to provide UV protection for itself and any underlying layers. The primer layer preferably has a thickness in a range of about 0.5 micron to about 10 microns, more preferably about 0.75 microns to about 7.5 microns, and most preferably about 1 micron to about 5 microns.

FIG. 5B illustrates an exemplary embodiment of a protective film 500' according to the invention, which is similar to protective film 500 shown in FIG. 5A, except that it further includes a second adhesion promoter layer 516 between the polymeric substrate layer 506 and the adhesive layer 508 in order to enhance adhesion between the substrate 506 and adhesive 508. Adhesion promoter layer 516 may be the same material as adhesion promoter layer 514 and may have approximately the same thickness. According to one embodiment, the adhesion promoter layer is applied to the top and bottom surfaces of the polymeric substrate layer as an acrylic resin that is non-tacky at room temperature. Thereafter, a layer of pressure sensitive adhesive 508 is applied to the adhesion promoter layer 516 on the window side of the substrate layer 506 and a primer layer 512 is applied to the adhesion promoter layer 514 on the outer surface of the polymeric substrate layer 506.

One currently preferred laminate film coating has the following layers and dimensions:

| | |
|---|---|
| Scratch-Resistant Layer | ~0.4 mil |
| Primer Layer | ~0.1 mil |
| Adhesion Promoter Layer | ~1/100 mil |
| PET or Polycarbonate Substrate | ~4 mils |
| Adhesion Promoter Layer | ~1/100 mil |
| Pressure Sensitive Adhesive Layer | ~0.75 mil |

There are various methods of installing thin films to glass surfaces. For example, it is well known that there are a variety of methods for installing tinting to automobile windows, including, for example, wet-lamination, dry-lamination, the use of steam or water as a lubricating solution, and the use of a hard or soft squeegee. Accordingly, the following description of one exemplary method of installing a laminate film is not limiting of the ways in which the laminate films of the

10

invention can be installed. Rather, it will be understood by those skilled in the art that there are numerous methods of installing films to glass surfaces and that some of these may also be employed to install the inventive laminate films described herein. In particular, suitable installation methods require careful handling of the film to maintain a surface free of optical defects.

In the described embodiment of the invention, the following tools are recommended for installation: stainless steel knife; 32 oz water bottle (for slip agent); soap for cleansing agent; gallon of distilled water; 6" soft cleaning squeegee; 4" hard Teflon squeegee; and heat gun.

The film can be applied to an unmounted windshield or a mounted windshield (mounted in a vehicle). Although not required, indoor installations are preferred. The indoor installation provides a more controlled environment which reduces the chance of dirt or debris becoming trapped between the windshield and the laminate film. In the case of outdoor installations, the amount of time that the adhesive is exposed before it is applied should be as short as possible.

Initially, the condition of a windshield is important to a successful laminate film installation. This is because a laminate film bonds best with a new windshield that is both clean and unmarred. A cracked or pitted windshield will tend to trap additional moisture during the installation, which results in a product that may not look as good as a new windshield having the laminate film applied. Nevertheless, a laminate film can be applied to a cracked or pitted windshield if desired. Of course, a clean windshield is also important in achieving an optically clear installation. This is because any foreign materials that remain between the glass and the laminate film during installation will remain for the life of the protective film.

Accordingly, a first installation step is selecting the correct laminate film for the vehicle to be protected. As previously noted, the precise configuration of a laminate film, including, for example, layer thicknesses and layer materials, may vary based on the angle of inclination of the windshield and the automobiles expected use. It is important for optimum performance, therefore, to verify that a correctly selected film is used for installation.

Next, as previously noted, the windshield is advantageously cleaned and inspected. This may involve first spraying the windshield with a warm water/soap solution or other approved lubricant. Preferably, the lubricants will not contain any additional chemicals that could cloud over time or react with the adhesive. In some cases, simple water may be the most effective lubricant. A window razor is then used to remove any dirt, bugs or other debris by scraping the wet, lubricated windshield. Care must be used to not scratch the windshield during the cleaning process as a window cleaning razor can scratch glass. The lubricating solution such as water helps ensure that the windshield is not scratched by the razor. A squeegee and damp paper towel can then be used to remove any loosened debris and lubricating solution. This process can be repeated, using the lubricating solution and razor to remove any remaining debris on the windshield. After the debris and lubricating solution are again removed, the windshield should be clean and ready to accept the laminate film.

The laminate film is preferably pre-cut to the correct size, but may also be trimmed during installation to fit the windshield. In either case, it is preferably fit to within ¼" to ¹⁄₁₆" from the edge molding on each side of the windshield glass. If the laminate film must be trimmed during installation, a stainless steel knife blade is advantageous as steel blades may scratch the glass. The trimmed laminate film should be

US 7,992,917 B2

11

checked for wrinkles or folds to determine the amount of hand forming required to conform the film to the glass.

For non pre-formed installations or where the laminate film does not fit perfectly, a heat gun and hard squeegee can be used to remove any folds and wrinkles and adjust the shape of the laminate film. There are two common methods derived in the window tint industry for shaping film to a contoured surface for this purpose. These are commonly referred to as "dry shrinking" or "wet shrinking." Either method is acceptable. The wet method involves first wetting a windshield 602 with a lubricating solution 620 such as water. The laminate film 100 is placed on the windshield 602 in the proper orientation (as though it was actually installed with the release 610 liner against the window and the scratch resistant coating 104 facing out). A squeegee is used to gently remove the lubricating solution 620 from the center of the film. Ridges where the film is to be shrunk are formed by the squeegee action, preferably towards the periphery of the windshield 602 since the laminate film will more easily shrink along the top and bottom of the windshield.

The heat gun is next used to carefully apply heat to warm the laminate film and start the shrinking process. A squeegee can be used to carefully conform the laminate film to the windshield to avoid any wrinkles. Additional water may be used as needed behind the film. When finished, the laminate film should lie on the windshield without any large wrinkles or folds. Slight wrinkles can be removed during the final installation step further below. At this point, it is important to note that the laminate film has not yet been affixed to the windshield.

The "dry method" is essentially the same as the "wet method" previously described, with one notable change. A dryer sheet or a wool glove is rubbed onto the glass to setup a static charge to hold the film in place during the shrinking process.

The laminate film is then removed from the windshield for a final cleaning. One preferred method for a final cleaning is to spray the windshield with water using a spray bottle. A squeegee is again used to remove the water and any dust or particles. The windshield is now ready for the laminate film to be applied.

Starting at one corner, with the help of a piece of tape if necessary, the release liner is partially removed from the laminate film while spraying the adhesive with the slip agent. The release liner is then allowed back to the original position. This process is repeated on the remaining portion of the laminate film such that the release liner is loosened from the laminate film for the actual application. The film is then rolled across the windshield into a roll of approximately 2" diameter. This is commonly referred to as the "reverse roll" installation method. The installer should be careful not to allow anything to come into contact with the adhesive, as foreign debris may then be sandwiched between the window and adhesive during final installation. If lint or other small objects do come in contact with the adhesive layer, however, it may be possible to wash the lint off using the slip agent.

In one embodiment, the laminate film has a release liner 610 or clear backing 603 on each surface thereof. Accordingly, it may be preferred that only the lower release liner is removed at this time but that the upper clear backing 603 remains in place during installation so that the upper surface of the laminate film can be more easily handled during application of the laminate film without scratching or moving the outer surface.

The slip agent is important for a successful installation. The slip agent can be various solutions, for example, distilled water or water and a small amount of clean soap such as a

12

dishwashing detergent (e.g., crystal light). Alcohol and other spirit based products should not be used as they may react with the adhesive. The slip agent is preferably applied to the windshield so that the applied protective laminate film can be adjusted into position on the windshield before the slip agent dries and the adhesive layer securely adheres to the windshield. Too much slip agent is not possible while too little may cause a difficult or failed installation. The slip agent is preferably used by coating the windshield and the adhesive side of the laminate film with a generous coating of slip agent. With the wet windshield and the wet film, the next step is to position the laminate film onto the windshield using the reverse roll method.

After the laminate film is positioned on the windshield, a Teflon squeegee may be used to remove slip agent and trapped air between the laminate film and windshield. A generous amount of slip agent is placed on the exterior surface of the laminate film to facilitate and lubricate the squeegee process. In addition, the squeegee can be covered with a soft cloth that is damp with slip agent to reduce the chance of scratching the exterior surface of the laminate film.

Next, starting in the top and center of the windshield, a vertical line is drawn in the downward direction with the squeegee to temporarily adhere and loosely hold the laminate film in place. Additional strokes are performed, working from the center to each side of the windshield. It is also preferred to adjust the cloth on the squeegee to a new clean position for each stroke. This helps to remove any debris from the windshield that may be flushed out from under the trim and caught in the squeegee towel. It may also be helpful to add additional slip agent on the outside of the laminate film as needed to act as a lubricant until the squeegee process is completed. This helps reduce the possibility of scratching by the squeegee.

The process of using the squeegee, top to bottom, working from the inside out, is continued to push the water out to the edges until all the air bubbles and substantially all of the slip agent are removed. It is desirable to remove as much of the slip agent as possible before the adhesive becomes fully tacked (or adhered) to the windshield. If a small amount of moisture remains trapped, it may evaporate through the laminate film over the next few days or week depending on the ambient temperature. A heat gun may be used to remove any remaining wrinkles in the laminate film.

Finally, a stainless steel window knife may be used to trim the excess laminate film to within ⅛" of the windshield trim. If a backing layer is present over the scratch resistant surface, it may be removed at this time.

The installation is then ready for inspection. A cloth and window cleaner can be used to remove any dirt or finger prints from the film. In particular, the edges should be inspected to ensure a proper bond. If any moisture pockets are found near the edges, the Teflon squeegee can be used to push them out. When properly installed, a windshield laminate will not trap any air bubbles between the laminate film and windshield. The foregoing method of installation will not result in any areas of significant distortion other than distortion from any small moisture pockets than were left between the film and the windshield. As the small moisture pockets evaporate the distortion will disappear.

Full adhesion typically will not occur for 72 hours or longer depending on outside temperatures. For typical embodiments of the invention, the laminate film adhesive should reach a level of adhesion sufficient to handle freeway speeds and automatic car washes within one hour of the installation.

In one embodiment, the laminate film's edge may be bonded to the windshield glass with, for example, a black silicone rubber sealant. The edge sealer is preferably covered

US 7,992,917 B2

13

by a temporary protective tape to protect the silicone bead from the weather, until it is dry.

Optionally, the laminate film can be additionally coated with, a silicone oil coating to protect the film even further from bird dung, handprints, etc. This silicone oil coating can be, for example, 10 to 50 CENTISTOKE silicone oil commercially available from The Dow Corning Corporation of America. The silicone oil coating is applied by spraying or hand wiping.

The laminate films of the invention can be manufactured by any of the various calendaring methods and devices known in the art for forming laminate films, including for example heat laminating and cold wet laminating. In one embodiment of the invention, the manufactured films can be cut to size and thermoformed to a windshield mold, thereby pre-forming the laminate film to a shape that matches that of a curved windshield. This method can reduce distortion, if any, that a laminate film might otherwise cause on a curved windshield.

The protective laminate films can be left applied to a windshield for as long as desired, from a matter of days up to several years or more. For example, an automobile rental company may affix a protective laminate film to a rental car's windshields. After the end of the rental car's period of use as a rental, the protective laminate film can be removed prior to sale. Such a usage plan can significantly reduce the cost to rental car companies in replacing or repairing automobile windshields prior to sale of their used car fleets. Similarly, an automobile lessee may desire to apply the film to the leased vehicle for the term of the lease, thus reducing the chances of having to pay the cost of a damaged windshield at the end of a lease period.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. A laminate film adapted for use in protecting an exterior surface of a vehicle windshield, comprising:
   a flexible substrate comprising a first surface and a second surface, the flexible substrate having a first composition;
   a first flexible adhesive layer adhered to the first surface of the flexible substrate;
   a flexible scratch-resistant coating adhered to the first flexible adhesive layer, the flexible scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition; and
   a second flexible adhesive layer adhered to the second surface of the flexible substrate,
   the flexible substrate, the flexible scratch-resistant coating, and the first and second flexible adhesive layers being selected, and the laminate film having an overall thickness, so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent,
   the laminate film being shock absorbing and flexible so as to readily conform to a curvature of an exterior surface of a vehicle windshield, be wound and stored as a roll while remaining substantially optically transparent and shock absorbing and retaining a consistent refractive index.

2. A laminate film as defined in claim 1, wherein the flexible substrate is comprised of a polyester material, wherein

14

the first flexible adhesive layer is in direct contact with the polyester material without any intervening layers.

3. A laminate film as defined in claim 2, wherein the polyester material is polyethylene terephthalate.

4. A laminate film as defined in claim 1, wherein the flexible substrate is comprised of a polycarbonate material.

5. A laminate film as defined in claim 1, wherein the flexible substrate has a thickness in a range of about 2 mils to about 10 mils.

6. A laminate film as defined in claim 1, wherein the flexible substrate has a thickness in a range of about 3 mils to about 5 mils.

7. A laminate film as defined in claim 1, wherein the first flexible adhesive layer is formed from an acrylic resin.

8. A laminate film as defined in claim 1, wherein the first flexible adhesive layer is comprised of an adhesion promoter layer adjacent to and in direct contact with the first surface of the flexible substrate and a primer layer between the adhesion promoter layer and the scratch-resistant layer.

9. A laminate film as defined in claim 8, wherein the adhesion promoter layer is formed form an acrylic-polyurethane resin.

10. A laminate film as defined in claim 8, wherein the adhesion promoter layer has a thickness in a range of about 0.05 micron to about 1 micron.

11. A laminate film as defined in claim 8, wherein the adhesion promoter layer has a thickness in a range of about 0.075 micron to about 0.75 micron.

12. A laminate film as defined in claim 8, wherein the adhesion promoter layer has a thickness in a range of about 0.1 micron to about 0.5 micron.

13. A laminate film as defined in claim 8, wherein the primer layer is formed form an acrylic-fluoropolymer resin and an ultra-violet (UV) inhibitor.

14. A laminate film as defined in claim 8, wherein the primer layer has a thickness in a range of about 0.5 micron to about 10 microns.

15. A laminate film as defined in claim 8, wherein the primer layer has a thickness in a range of about 0.75 micron to about 7.5 microns.

16. A laminate film as defined in claim 8, wherein the primer layer has a thickness in a range of about 1 micron to about 5 microns.

17. A laminate film as defined in claim 1, wherein the scratch-resistant coating is formed from a mixture comprising one or more acrylic monomers and colloidal silica.

18. A laminate film as defined in claim 1, wherein the scratch-resistant coating has a thickness from about 2 microns to about 20 microns.

19. A laminate film as defined in claim 1, wherein the scratch-resistant coating has a thickness from about 7.5 microns to about 12.5 microns.

20. A laminate film as defined in claim 1, wherein the second adhesive layer is comprised of a pressure sensitive adhesive.

21. A laminate film as defined in claim 1, wherein the adhesive layer has a thickness from about 12 grams per square meter (GSM) to about 30 grams per square meter (GSM).

22. A laminate film as defined in claim 1, further comprising a flexible protective release liner adjacent to the second adhesive layer.

23. A laminate film adapted for use in protecting an exterior surface of a vehicle windshield, comprising:
   a flexible substrate comprising a first surface and a second surface, the flexible substrate having a first composition;

US 7,992,917 B2

15

a first adhesion promoter layer having a first side adjacent to and in direct contact with the first surface of the flexible substrate;

a primer layer adjacent to a second side of the adhesion promoter layer opposite the first side;

a flexible scratch-resistant coating adjacent to the primer layer, the flexible scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition and protects against scratching by a windshield wiper;

a second adhesion promoter layer having a first side adjacent to the second surface of the flexible substrate; and

a flexible adhesive layer adhered to a second side of the second adhesion promoter layer,

the flexible substrate, the flexible scratch-resistant coating, the first and second adhesion promoter layers, the primer layer, and the flexible adhesive layer being selected, and the laminate film having an overall thickness, so as to provide the laminate film with a consistent refractive index across the laminate film.

24. A laminate film having shock absorbing properties and being adapted for use in protecting an automobile windshield, the laminate film comprising:

a combined scratch-resistant, shock absorbing, and flexible substrate comprising a monolithic material and having an exterior surface and an interior surface, the exterior surface comprising a polymer material that is ultra-violet (UV)-stabilized and substantially scratch-resistant, wherein the polymer material includes at least one of a scratch-resistant polyester, scratch-resistant acrylic acrylate, or colloidal silica, the substrate having a thickness in a range of about 2 mils to about 10 mils;

an adhesion promoter layer adhered to the interior surface of the substrate and having a thickness in a range of about 0.05 micron to about 1 micron; and

a shock absorbing and flexible adhesive layer adhered to the adhesion promoter layer, wherein the shock absorbing adhesive layer of the laminate film has a thickness and a Shore A hardness so as to be effective to:

contribute to dispersing the impact forces of debris that contacts the laminate film when adhered to an automobile windshield and thereby reduce damage to the windshield; and

securely adhere the laminate film to an exterior surface of an automobile windshield when applied thereto while substantially maintaining optical transparence,

the combined scratch-resistant, shock absorbing, and flexible substrate, the adhesion promoter layer, and the shock absorbing and flexible adhesive layer being selected and having thicknesses so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent and protect against scratching by a windshield wiper, and

16

the laminate film being flexible so as to readily conform to a curvature of an exterior surface of a vehicle windshield or be wound and stored as a roll while remaining substantially optically transparent and shock absorbing and retaining a consistent refractive index.

25. A protected vehicle windshield comprising:

a rigid windshield having a convex exterior surface; and

a protective laminate film having shock absorbing properties affixed to the exterior surface of the windshield, the laminate film comprising:

a polymer substrate comprising a first surface and a second surface, the polymer substrate having a first composition;

a first adhesive layer adhered to and in direct contact with the first surface of the polymer substrate;

a scratch-resistant coating adhered to the first adhesive layer, the scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition and protects against scratching by a windshield wiper; and

a second adhesive layer adhered to the second surface of the polymer substrate and the exterior surface of the windshield,

the polymer substrate, the scratch-resistant coating, and the first and second adhesive layers being selected, and the laminate film having a thickness, so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent, and

the laminate film being shock absorbing so as to protect the rigid windshield from rock chips.

26. A laminate film adapted for use in protecting an outer surface of a window, comprising:

a flexible substrate comprising a first surface and a second surface, the flexible substrate having a first composition;

a first flexible adhesive layer adhered to and in direct contact with the first surface of the flexible substrate;

a flexible scratch-resistant coating adhered to the first flexible adhesive layer, the flexible scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition; and

a second flexible adhesive layer adhered to the second surface of the flexible substrate for adhering the laminate film to an outer surface of a window,

the flexible substrate, flexible scratch-resistant coating, and the first and second flexible adhesive layers being selected, and the laminate film having an overall thickness, so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent,

wherein the laminate film is configured to provide shock absorbance to a window and is pre-sized so as to approximate a size and shape of the window surface to which it is designed to be attached.

* * * * *

**EXHIBIT B**

(12) **United States Patent**
McCormick et al.

(10) Patent No.: **US 8,172,300 B2**
(45) Date of Patent: *** May 8, 2012**

(54) **PROTECTIVE LAMINATES**

(75) Inventors: **Chris E. McCormick**, Draper, UT (US);
**Brent A. Strong**, Sandy, UT (US); **Mike
D. Ridges**, American Fork, UT (US);
**Kevin A. Plumb**, Sandy, UT (US); **Jeff
Smith**, Draper, UT (US)

(73) Assignee: **Clearplex Corporation**, Draper, UT
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **13/167,412**

(22) Filed: **Jun. 23, 2011**

(65) **Prior Publication Data**

US 2011/0256368 A1      Oct. 20, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/939,441, filed on
Nov. 13, 2007, now Pat. No. 7,992,917, which is a
continuation-in-part of application No. 10/993,619,
filed on Nov. 19, 2004, now abandoned.

(60) Provisional application No. 60/523,966, filed on Nov.
21, 2003, provisional application No. 60/552,784,
filed on Mar. 12, 2004.

(51) **Int. Cl.**
**B60J 1/20**          (2006.01)

(52) **U.S. Cl.** ...... 296/95.1; 428/40.1; 428/343; 428/412;
428/480

(58) **Field of Classification Search** ................ 296/95.1;
128/40.1, 223, 343, 412, 480
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,310,600 A | 1/1982 | Cross |
| 4,477,519 A | 10/1984 | Frye |
| 4,567,237 A | 1/1986 | Johnson |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0539099      4/1993

(Continued)

OTHER PUBLICATIONS

3M Introduces Anti-Graffitti Solution for Commercial Buildings, 3M
United States, Jul. 29, 2002, 2 pages.

(Continued)

*Primary Examiner* — Glenn Dayoan
*Assistant Examiner* — Paul Chenevert
(74) *Attorney, Agent, or Firm* — Workman Nydegger

(57) **ABSTRACT**

Protective laminate films protect an underlying window sur-
face from scratches or other damage. The laminate films
generally include a substrate having a scratch resistant coat-
ing adhered to one side and an adhesive layer adhered to an
opposite side. Adhesion promoter and primer layers may be
provided to enhance adhesion of the scratch-resistant coating
to the surface. Each layer is transparent such that, when
applied to a surface, the laminate film does not significantly
impact or reduce optical clarity. Each layer may also be flex-
ible so that the laminate films can be molded to a curved
surface. Generally, the scratch resistant coating protects the
laminate film from scratching or other damage, such as from
debris or impacts. The substrate provides structural integrity
to the laminate film and may provide some impact dispersion.
The adhesive layer, in addition to adhering the laminate films
to the surface, may also provide significant impact resistance
that protects the surface from cracks or damage due to debris
or impacts.

**34 Claims, 3 Drawing Sheets**



400

## US 8,172,300 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,751,139 A | | 6/1988 | Hensel |
| 4,777,090 A | | 10/1988 | Ovshinsky |
| 4,801,640 A | | 1/1989 | Dallmann |
| 5,002,326 A | * | 3/1991 | Westfield et al. ............ 296/95.1 |
| 5,132,588 A | | 7/1992 | Warman |
| 5,169,694 A | | 12/1992 | Endo |
| 5,294,272 A | | 3/1994 | Peterson |
| 5,346,569 A | | 9/1994 | Simon |
| 5,415,942 A | | 5/1995 | Anderson |
| RE35,318 E | | 8/1996 | Warman |
| 5,653,497 A | | 8/1997 | Campfield |
| 5,677,050 A | | 10/1997 | Bilkadi |
| 5,730,644 A | | 3/1998 | Pfanstiehl |
| 5,820,201 A | * | 10/1998 | Jabalee .................. 296/136.02 |
| 5,820,957 A | | 10/1998 | Shroeder |
| 5,860,689 A | | 1/1999 | Campfield |
| RE36,308 E | | 9/1999 | Yang |
| 5,972,453 A | * | 10/1999 | Akiwa et al. ................ 428/40.1 |
| 6,030,671 A | * | 2/2000 | Yang et al. ..................... 428/34 |
| 6,082,535 A | | 7/2000 | Mitchell |
| 6,142,868 A | | 11/2000 | Pfanstiehl |
| 6,143,387 A | | 11/2000 | Kubler |
| 6,227,599 B1 | | 5/2001 | Campfield |
| 6,250,765 B1 | | 6/2001 | Murakami |
| 6,276,741 B1 | | 8/2001 | Campfield |
| 6,372,313 B1 | | 4/2002 | D'Alessio |
| 6,391,400 B1 | | 5/2002 | Russell |
| 6,461,709 B1 | * | 10/2002 | Janssen et al. ............... 428/41.7 |
| 6,482,488 B1 | * | 11/2002 | Janssen et al. ............... 428/40.1 |
| 6,492,017 B1 | | 12/2002 | Bohm |
| 6,613,411 B2 | | 9/2003 | Kollaja |
| 6,614,423 B1 | | 9/2003 | Wong |
| 6,634,695 B2 | | 10/2003 | Campfield |
| 6,660,388 B2 | * | 12/2003 | Liu et al. .................... 428/421 |
| 6,660,397 B2 | | 12/2003 | Fitch |
| 6,777,055 B2 | * | 8/2004 | Janssen et al. ............... 428/41.8 |
| 6,802,416 B1 | | 10/2004 | D'Alessio |
| 6,831,714 B2 | | 12/2004 | Masaki |
| 6,841,190 B2 | | 1/2005 | Liu |
| 6,878,425 B1 | | 4/2005 | Gomes |
| 6,960,040 B2 | | 11/2005 | D'Alessio |
| 6,975,888 B2 | | 12/2005 | Buesseler |
| 7,389,869 B2 | | 6/2008 | Mason |
| 7,529,364 B2 | | 5/2009 | Buehler |
| 7,558,594 B2 | | 7/2009 | Wilson |
| 2003/0064198 A1 | | 4/2003 | Thomsen |
| 2004/0048023 A1 | | 3/2004 | Clieve |
| 2005/0022924 A1 | | 2/2005 | Blackburn |
| 2005/0047589 A1 | | 3/2005 | Chang |
| 2005/0116334 A1 | | 6/2005 | Buehler |
| 2006/0222801 A1 | | 10/2006 | Mase |
| 2007/0026234 A1 | | 2/2007 | Mase |
| 2007/0229962 A1 | | 10/2007 | Mason |
| 2008/0156414 A1 | | 7/2008 | Campfield |
| 2008/0206522 A1 | | 8/2008 | McCormick |
| 2009/0086415 A1 | | 4/2009 | Chipping |
| 2009/0301907 A1 | | 12/2009 | Mason |
| 2009/0325657 A1 | | 12/2009 | Ramsdell |
| 2010/0270189 A1 | | 10/2010 | Pedersen |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 57047213 A | * | 3/1982 |
| KR | 200206982 | | 12/2000 |
| WO | WO3036454 | | 5/2003 |
| WO | WO2007046637 | | 4/2007 |

### OTHER PUBLICATIONS

3M Optically Clear Laminating Adhesives, 3M United States, Jun. 2001, 6 pages.
3M Optically Clear Adhesives, 3M United States, date unkown, 2 pages.
3Mtm Optically Clear Adhesive 8141 Clear 24 in × 180 ft, 1 per case, 3M United States, date unknown, 2 pages.
3Mtm Optically Clear Laminating Adhesives, 3M United States, date unknown, 2 pages.
ScotchgardTM Anti-Graffitti Window Film Ag-4 60 ft. × 150 ft., 3M United States, date unknown, 5 pages.
ScotchgardTM Anti-Graffitti Window Film Ag-7 60 ft. × 100 ft., date unknown, 2 pages.
Protection against Shattering Experiences, DuPontTM SpallshieldR, date unknown, 6 pages.
Ricochet Protects, www.richochet.com, date unknown, 4 pages.
Supertint Sun Control Specialists, www.supertint.com, date unknown, 11 pages.
Llumar Window Film, www.llumar.com, date unknown, 5 pages.
How NASCAR Safety Works, www.auto.howstuffworks.com, date unknown, 5 pages.
Tocken Wrapper, Protective film for ipod shuffle; www.tocken.co.kr; 2004-2005.
Tocken Wrapper for iPod mini http://caizer.com/?mid=tech&page=22&document_srl=20234&listStyle=&page=; Feb. 18, 2005.
http://www.enfun.net/technique/review/?step=20&dataSeqNo=42417; Jan. 13, 2005.
Statement of Min-Woo Seo; Mar. 10, 2010.
http://www.appleforum.com; AppleForum; Jul.-Nov. 2005.
Withipod Community for Korean Ipod Users; http://withipod.net/?mid=podmagazine_notice&category=2078464&search_keyword=tocken&search_target=title&document_srl=2078532; Nov. 22, 2004.
Tocken Wrapper, User's Review; www.withipod.net; Mar. 24, 2005.
Tocken Wrapper, User's Review; www.withipod.net; Mar. 21, 2005.
Tocken Wrapper, Magazine Article, MacMadang, p. 48, Published Jul. 1, 2005.
User's review of Noxk PSP protection film from internet website; http://raven.egloos.com/1076693; Jul. 25, 2005.
Sales Bulletin for Tocken Wrapper; http://kmug.co.kr, Sep. 11, 2005.
Crandall/Dahl/Lardner; "An Introduction to the Mechanics of Solids"; pp. 273-276; Jan. 25, 1996.
Presentation for Oral Hearing for Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523); Kim & Chang, Mar. 16, 2010.
English Translation of Sep. 18, 2009 Brief for Seung-Kyun Oh (President of Korean distributor for Zagg), Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).
Oct. 14, 2009 Brief for Seung-Kyun Oh (president of Korean distributor for Zagg), Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).
Oct. 14, 2009 Brief for SGP, Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).
Nov. 14, 2009 Brief for Seung-Kyun Og (President of Korean distributor for Zagg), Invalidation and Scope Confirmation Trial of Registered Patent No. 784501 (Case No. 2008 Dang 3751 and 2009 Dang 1523).
U.S. Appl. No. 10/993,619, mail date Aug. 30, 2006, Office Action.
U.S. Appl. No. 10/993,619, mail date Mar. 8, 2007, Office Action.
U.S. Appl. No. 10/993,619, mail date Aug. 15, 2007, Office Action.
U.S. Appl. No. 10/993,619, mail date Feb. 5, 2008, Office Action.
U.S. Appl. No. 11/939,441, mail date Nov. 10, 2010, Office Action.
U.S. Appl. No. 11/939,441, mail date Jan. 15, 2010, Office Action.
U.S. Appl. No. 11/939,441, mail date Jan. 7, 2010, Office Action.
U.S. Appl. No. 11/939,441, mail date Apr. 6, 2011, Notice of Allowance.
U.S. Appl. No. 11/939,441, mail date Jun. 7, 2011, Notice of Allowance.
U.S. Appl. No. 13/167,412, mail date Dec. 27, 2011, Notice of Allowance.
U.S. Appl. No. 12/111,537, mail date Jan. 24, 2012, Office Action.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3A



*Fig. 3B*

*Fig. 4*



*Fig. 5A*

U.S. Patent        May 8, 2012        Sheet 3 of 3        US 8,172,300 B2



*Fig. 5B*



*Fig. 6*

US 8,172,300 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

PROTECTIVE LAMINATES

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/939,441, filed Nov. 13, 2007 now U.S. Pat. No. 7,992,917, which is a continuation-in-part of copending U.S. patent application Ser. No. 10/993,619, filed Nov. 19, 2004, abandoned, which claims the benefit of U.S. Provisional Patent Application No. 60/523,966, filed Nov. 21, 2003, and U.S. Provisional Patent Application No. 60/552, 784, filed Mar. 12, 2004.

BACKGROUND OF THE INVENTION

1. The Field of the Invention

The present application relates to protective laminates and coating. More particularly, the present invention relates to durable optically transparent laminates for protecting windshields from damage due to gravel, rocks or other debris impacting the windshield.

2. The Relevant Technology

Every year, millions of windshields are damaged by rocks or other debris that impact the windshield. Winter is particularly hazardous in many areas where environmental constraints on the use of salt to control icy surfaces result in a great deal of sand or other solid substances being used. Sand, natural rubble and construction debris have created a year-round hazardous situation for glass (and/or laminated) windshields in any overland vehicle or glass in other equipment, as the sand and other solid debris are thrown up and collide with windshields.

If the damage is slight, such as a small chip in the windshield, it can often be repaired in situ. Greater damage, such as larger chips and cracks, may require the windshield to be replaced. The cost of repairing or replacing a windshield can range up to hundreds of dollars or more. Accordingly, there is a continuing need for improved coatings and methods that can reduce windshield replacements by protecting against windshield damage from impacting debris.

Previous attempts to provide exterior films to protect windshields from damage have failed or are limited for a number of reasons. Such reasons include, for example, that the films: do not cover the entire glass; do not adhere well to the glass; do not readily conform to a curved windshield; are not UV stable over the long term; are readily scratched by windshield wipers and/or car wash brushes; and/or have poor optical quality due to inferior film or adhesive restrictions.

For example, U.S. Pat. No. 6,634,695 ("the '695 patent") discloses an impact resistant barrier around the periphery of a windshield. Barrier materials disclosed in the '695 patent include clear polymeric films as well as opaque materials such as rubber, plastic, or metal. Particularly, one suitable barrier material disclosed by the '695 patent is SCOTCH-CAL™, an 8 mils thick polyurethane film sold by 3M. By limiting the extent of these clear and opaque barriers to the periphery, high visibility is maintained in the center of the windshield while protection is provided around the periphery. This approach is clearly limited in that such barriers are not suitable to cover the entire windshield. Thus, in order to maintain a suitable visibility where the barrier materials are applied, the '695 patent limits itself to protecting only those portions of the windshield where high visibility is not necessary.

Attempts thus far at providing a clear protective film to cover an entire automobile windshield have failed for various reasons, typically because the suggested films are not sufficiently transparent, distort the view, are not UV stable, or scratch easily. For example, the transparent laminate materials currently commercially available as Scotchgard Anti-Graffiti Window Film AG-4 and Scotchgard Anti-Graffiti Window Film AG-7 from 3M Corporation were tested for windshield applications. These films were found to be unsuitable because they do not provide sufficient scratch resistance for windshield applications and the underlying PET is not UV stable. Under the demanding conditions windshield use can place upon a laminate film, the AG-4 and AG-7 were both been found to degrade and scratch more than is acceptable.

Accordingly, there is a continuing need for new and improved methods and coatings to protect an entire windshield from damage without significantly reducing the optical qualities of the windshield.

BRIEF SUMMARY OF THE INVENTION

The present application provides protective coatings and laminates for vehicle and equipment windshields. The protective coatings and laminates are optically transparent and thin yet are able to protect an automobile windshield from damage caused by object impacts and scratching. The various layers of the protective laminate films serve one or more of several principal functions, including: scratch resistance, structural support for the laminate film, shock absorbance, and adhesion to an underlying glass surface. These functions are obtained while maintaining high clarity and being substantially distortion free.

Accordingly, a first exemplary embodiment of the invention is an optically transparent laminate film for protecting a vehicle windshield. The film generally includes a substrate comprising a first surface and a second surface, a scratch-resistant coating disposed on the first surface of the substrate, and an adhesive layer disposed upon the second surface of the substrate. An adhesion promoter may be applied to the first surface of the substrate prior to application of the scratch-resistant coating to promote better adhesion of the scratch-resistant coating to the substrate. A primer coating can also be included between the scratch-resistant coating and the adhesion promoter to further enhance adhesion of the scratch-resistant coating to the substrate. The primer may also be formulated to provide UV protection for the substrate. An adhesion promoter may also be applied between the substrate and adhesive layer to promote better adhesion between the substrate and adhesive layer.

Another exemplary embodiment of the invention is an optically transparent laminate film for protecting a vehicle windshield. This film generally includes a scratch-resistant substrate comprising a first surface and a second surface, the first surface comprising a material that is substantially scratch resistant, and a shock absorbing adhesive layer disposed upon a second surface of the substrate, wherein the shock absorbing adhesive layer is effective to substantially disperse the impact forces of debris that contacts an automobile windshield and thereby reduce damage to the windshield and securely adhere the laminate film to the underlying automobile windshield. An adhesion promoter may be applied between the scratch-resistant substrate and shock absorbing adhesive layer to enhance adhesion between the substrate and adhesive layer.

Yet another exemplary embodiment of the invention is an optically transparent laminate film for protecting a standard overland laminated safety glass automobile windshield. The film generally includes a transparent substrate comprising a first surface and a second surface, the substrate having a

US 8,172,300 B2

3

thickness of from about 2 mils to about 10 mils, or about 2.5 mils to about 8 mils, or about 3 mils to about 5 mils, a scratch-resistant coating disposed upon a first surface of the substrate, wherein the scratch resistant coating has a thickness from about 2 microns to about 20 microns or about 5 microns to about 15 microns, or about 7.5 microns to about 12.5 microns, and an adhesive layer disposed upon a second surface of the substrate, wherein the adhesive layer has a thickness from about 12 GSM to about 30 GSM, or about 14 GSM to about 20 GSM and wherein the adhesive layer is shock absorbing such that it substantially disperses forces from impacting debris and thereby reduces damage to an underlying glass layer. An adhesion promoter and/or primer coating may be applied between the substrate and scratch-resistant coating to further enhance adhesion of the scratch-resistant coating to the substrate and/or between the substrate and adhesive layer.

The substrate may comprise, for example, plasticized vinyl (polyvinyl chloride with plasticizer) or other optically transparent materials such as polyethylene terephthalate (PET), PET/polycarbonate blend, polyester, polyurethane, polycarbonate, acrylic based materials, and blends and combinations of the foregoing.

The scratch-resistant coating may comprise any material that is capable of providing scratch-resistance to the substrate while being sufficiently flexible as to remain optically transparent even if the laminate film is bent, curled or rolled, such as when it is rolled onto a spool for storage and transport and/or applied around the curved exterior surface of a windshield or other generally curved window surface. Examples include certain scratch-resistant polymers, such as scratch-resistant polyesters and scratch resistant acrylic acrylates.

An example of a suitable adhesive is an optically clear, pressure sensitive, solvent based acrylic adhesive.

An example of a suitable adhesion promoter is a thinly applied acrylic resin having a thickness in a range of about 0.05 micron to about 1 micron, or about 0.075 micron to about 0.75 micron, or about 0.25 micron (i.e., about 0.00001 inch).

An example of a suitable primer is a mixture or copolymer of a fluoropolymer and acrylic resin, optionally with a UV inhibitor to provide UV protection to the underlying layers, including the polymer substrate, which may degrade over time when exposed to UV radiation. The primer may have a thickness of about 0.5 micron to about 10 microns, or about 0.75 micron to about 7.5 microns, or about 1 micron to about 5 microns.

These and other advantages and features of the present invention will become more fully apparent from the following description and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

To further clarify the above and other advantages and features of the present invention, a more particular description of the invention will be rendered by reference to specific embodiments thereof which are illustrated in the appended drawings. It is appreciated that these drawings depict only typical embodiments of the invention and are therefore not to be considered limiting of its scope. The invention will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

FIG. 1 is a box diagram that schematically illustrates a windshield with a protective laminate film attached thereto according to one embodiment of the invention;

4

FIG. 2 is a box diagram that schematically illustrates a windshield with a protective laminate film attached thereto according to another embodiment of the invention; and

FIG. 3A is a box diagram that schematically illustrates a protective laminate film with a release liner to protect the adhesive layer during storage and transport;

FIG. 3B is a box diagram that schematically illustrates a protective laminate film similar to the laminate film of FIG. 2A but with a clear backing layer to protect the scratch-resistant coating during storage and transport;

FIG. 4 is a box diagram that schematically illustrates a protective laminate film with an adhesive layer between the substrate and scratch-resistant coating to improve adhesion of the scratch-resistant coating to the substrate;

FIG. 5A is a box diagram that schematically illustrates a protective laminate film with an adhesive promoter layer and a primer layer between the substrate and scratch-resistant coating to improve adhesion of the scratch-resistant coating to the substrate and provide improved UV protection;

FIG. 5B is a box diagram that schematically illustrates a protective laminate film similar to the laminate film of FIG. 4A but with an additional adhesion promoter layer between the substrate and adhesive layer;

FIG. 6 is a box diagram that schematically illustrates one step in the process of applying a protective laminate film to a windshield according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention relates to protective laminate films for use in protecting automobile windshields. When properly applied to the exterior of a glass windshield, the protective laminate films can extend the life of a windshield by reducing or eliminating windshield damage caused by flying rocks or other debris. The various layers of the protective laminate films serve one or more of several principal functions, including scratch resistance, structural support for the laminate film, shock absorbance, and adhesion to an underlying glass surface. In addition, the protective laminate films maintain an optically clear and substantially distortion-free view for a driver and avoid scratches or other marring that conventional attempts to protect a windshield are subject to. At the end of the laminate film's service life or when it is damaged, preferred laminate films of the invention can be removed by a user without great difficulty, returning the windshield to its original state and/or allowing the application of a new protective laminate film.

Reference will now be made to the drawings to describe various aspects of exemplary embodiments of the invention. It is to be understood that the drawings are diagrammatic and schematic representations of such exemplary embodiments, and are not limiting of the present invention, nor are they necessarily drawn to scale. In particular, the various layers of the protective laminate films are drawn without regard to any particular layer thicknesses. No inference should therefore be drawn from the drawings as to the layer thicknesses from the drawings.

In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be obvious, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known aspects of laminate films have not been described in particular detail in order to avoid unnecessarily obscuring the present invention.

US 8,172,300 B2

| 5 | 6 |

All measurements disclosed herein are at sea level at standard temperature and pressure, unless indicated otherwise.

FIG. 1 depicts an example of a protective laminate film 100 adhered to a windshield 102 so as to yield a protected windshield according to the invention. In this embodiment, the protective laminate film 100 includes a substrate 106 with a scratch resistant coating 104 on an exterior surface thereof and an adhesive layer 108 on a windshield adjacent surface thereof.

Although the layered structure depicted in FIG. 1 is one exemplary structure, other possible layered structures may also be used depending upon the details of the windshield the laminate film is designed for as well as the intended use. In addition, materials developed in the future may alter the preferred construction of the laminated films disclosed herein. For example, FIG. 2 depicts laminate film 200 adhered to windshield 202. Laminate film 200 includes a scratch-resistant substrate 204 and a shock absorbing adhesive layer 206.

Other non-limiting examples of different layered structures include: scratch resistant coating/substrate/shock absorbing adhesive layer/shock absorbing substrate/adhesive; scratch resistant coating/shock absorbing layer/substrate/adhesive; and other similar structures. In each of the foregoing, one or more of the substrate(s) and the adhesive(s) can be shock absorbing. The particular selection of layer selection and thicknesses may depend on the angle at which a windshield is inclined, such as 90° in the case of security vehicles all the way down to about 27° for some sport vehicles. Additional examples of layered protective film structures are illustrated in FIGS. 3-5, discussed below.

As previously mentioned, there are several functions performed by laminate film 100. These include at least scratch resistance, structural integrity, shock absorbance, impact dispersion, and windshield adhesion. In order to meet the foregoing requirements, one or both of the substrate 106 and the adhesive layer 108 can be selected to provide shock absorbance.

In addition to satisfying the foregoing design limitations, one or more layers in the laminate film can provide UV protection, for example of greater than 99%. Various embodiments will also preferably repel water and/or dampen sound as well as have the ability for quick and easy removal from a windshield.

The protective laminate films of the invention (and thus each of the layers discussed herein) must be optically clear and substantially distortion free. They should preferably satisfy certain minimum requirements as to flexibility (suitable for application to a curved windshield and/or storage on a roll), extensibility (from 100 to 600% elongation at break), haze (less than 1%), consistent refractive index over the entire laminate film, high transmittance (over 97%) over the visible wavelength range (approximately 400-700 nm), chemical, water, and temperature resistance, and general durability (at least 1 year under normal wear, preferably at least 3 years, more preferably at least 5 years). In effect, the laminate films of the invention are preferably virtually unnoticeable to a user looking through a windshield 102 over which a protective laminate film 100 is applied. In addition, a windshield supporting the laminate film must continue to satisfy all applicable government standards, including for example the Department of Transportation's Head Impact Crash Tests.

Referring again to FIG. 1, scratch resistant coating 104 is employed to prevent scratches or markings on the windshield from windshield wipers, car wash brushes, small debris that impacts the windshield, and the like. Normally a glass windshield is substantially resistant to such scratching or marring and no scratch resistant coating is needed. The application of

the protective laminate film, however, creates the need for a scratch resistant coating due to the tendency of most transparent materials that can be used in a protective laminate film to scratch or retain other undesirable markings. If the laminate film is to be used in an area requiring significantly heavier wiper usage, such as certain areas of the Pacific Northwest, more durable scratch resistant coatings may be required.

Accordingly, scratch resistant coating 104 can be any transparent material suitable for preventing scratching and marring while meeting the other design requirements for the laminate film. Scratch resistant coatings are generally known in the art, although not all are suitable for use on automobile windshields. For example, the scratch resistant coating marketed as MADICO CL-400 is suitable for use in short term applications in the protective laminate films of the invention. Longer lasting scratch resistant coatings are characterized by having only a 2% or less increase in haze after receiving 100 strokes from a Tabor wheel (the Tabor wheel is a device for testing hardness that is known in the art). In addition, preferred scratch resistant coatings allow focused light (such as headlights) to pass through without scattering. This feature is obtained in sufficiently durable scratch resistant coatings by reducing the number of light scattering particulates, such as silicates or other contaminants, that are typically present in scratch resistant coatings. In addition, long lasting scratch resistant coatings can be UV stabilized by methods known in the art to prevent them from deteriorating due to UV light. A long lasting scratch resistant coating as described above is currently available from Madico Inc. in Woburn, Mass.

Examples of scratch resistant coatings include crystalline polyesters, acrylic acrylates, melamine, and the like. The scratch resistant coatings can be applied directly to the substrate as a solid film by means of an adhesive or a liquid applied to the substrate. An exemplary scratch resistant coating is applied as a liquid and heated to remove solvent and effect curing. One such material includes a mixture of one or more acrylic monomers, colloidal silica, ethanol, and a silicone slip agent. Adhesion promoters and/or primers can be used to increase adhesion of the scratch resistant layer to the substrate.

The scratch resistant coatings as used in embodiments of the invention preferably have a thickness of from about 2 microns to about 20 microns, more preferably from about 5 microns to about 15 microns, and most preferably from about 7.5 microns to about 12.5 microns.

Substrate 106, in turn, must be flexible such that it can conform to a curved glass surface while being sufficiently rigid and durable to hold the protective laminate film together in adverse conditions or over time. In addition, the substrate 106 will disperse the impact forces of an impacting rock or other debris. Preferred substrates will also be UV stabilized so they do not degrade over the usable life of the laminate film. Examples of suitable substrates may include plasticized vinyl (polyvinyl chloride with plasticizer) or other optically transparent materials such as polyethylene terephthalate (PET), PET/polycarbonate blend, polyester, polyurethane, urethane, polycarbonate, acrylic based materials, and blends and combinations of the foregoing may be used as the substrate. Manufacturers of the foregoing include, for example, General Electric Polymers, DuPont, 3M, Avery Dennison, Bekaert Film, CP Films, Hanita Films, Rohm Haas, Madico, Hisco, Johnson Laminating, Kimoto Tech, Strata Film Coatings and InteliCoat.

In one embodiment, the substrate and scratch resistant coating can include an optical grade, UV stable polyester layer with a scratch-resistant and mar-resistant UV stable

US 8,172,300 B2

7

coating (made of TINUV1N®-enriched acrylic acrylate scratch resistant coating, for example) on the outer surface.

In another embodiment of the invention, a combined scratch resistant substrate can be obtained and used. Such a scratch resistant substrate may be a monolithic material or may comprise a laminate with various layers.

The substrate, whether coated with an additional scratch-resistant coating or being a combined monolithic, scratch-resistant substrate, preferably has a thickness of from about 2 mils to about 10 mils, more preferably from about 2.5 mils to about 8 mils, still more preferably from about 3 mils to about 5 mils.

The optical grade adhesive layer 108 is used to adhere the laminate film to the windshield. Preferred adhesives are, by way of example, optically clear, pressure sensitive, solvent based, acrylic adhesives. Other suitable adhesives may include solvent based adhesives, hot melt adhesives, water based adhesives, and alcohol-based adhesives. Manufacturers of such adhesives include, by way of example only, corporations such as Ashland Chemical, Adhesive Research, Rohm Haas, National Starch, Solutia, Sovereign, and Avery Dennison.

Several exemplary optical grade adhesives that are currently commercially available from the 3M Corporation include: 3M 1 mil permanent and OPTICALLY CLEAR LAMINATING ADHESIVES 8141, 8142, 8161, and 9483. Other preferred adhesives include INTELICOAT 0.00325, INTELICOAT 0.003 OCAV3, and INTELICOAT 0.003 OCALT, MADICO "X" and "G" adhesives, KIMOTO TECH adhesives, and optical grade adhesives from LINTECH. Of course, any of numerous other optical grade adhesives may be suitable so long as they meet the aforementioned design criteria for the laminate film. In addition, suitable optical grade adhesives are non-crystalline. For example, a number of polyurethane and acrylic based optical grade adhesives are known in the art. An adhesion promoter can be used to increase adhesion of the adhesive layer to the substrate.

Depending upon the selected material and the associated hardness, the adhesive layer preferably has a thickness of from about 1 micron to about 50 microns, more preferably from about 5 microns to about 40 microns, and most preferably from about 10 microns to about 30 microns. Alternatively, the adhesive layer can be characterized by GSM (grams per squared meter). Thus, the preferred adhesive can have a thickness of from about 12 to about 30 GSM, more preferably from about 14 to about 20 GSM. Although it is possible to use more adhesive than 20 GSM to obtain a higher level of impact protection, the higher levels of adhesive provide a greater chance of increased optical distortion in applications where the rake of the windshield is closer to the horizontal plain.

In addition, either or both of the adhesive layer 108 and substrate 106 can provided the requisite shock absorbing functions. Thus, preferred adhesive materials will be selected to optimize shock absorbing functionality. The shock absorbing layer(s) and the impact dispersing effect of the substrate are implemented to substantially absorb and disperse the impact forces of rocks and other debris that impact a windshield. As a result, a rock thrown up by a large truck may deflect off the windshield with only a minor mark caused its impact. In contrast, without the shock absorbing layer a large break or crack in the windshield would likely occur.

Various features of proposed shock absorbing materials must be considered before selecting a suitable shock absorbing layer. In addition to the foregoing mentioned characteristics of suitable laminate films, such as flexibility, high optical transmittance, low distortion, and durability, the shock

8

absorbing layer also needs to have a suitable degree of hardness to absorb and substantially disperse the impact of the debris without breaking or allowing the windshield to break. Accordingly, the shock absorbing layer preferably has a Shore A hardness from about 0 to about 80, more preferably from about 0 to about 20, still more preferably from about 10 to about 20.

In one embodiment of the invention, a shock absorbing adhesive layer can be used. Such a material may be a single layer of an optical grade adhesive or a relatively thick layer of two or more optical grade adhesives. For example, two 5 mil layers of laminar optical adhesive can be placed back to back to provide a single 10 mil shock absorbing adhesive layer with excellent shock absorbing, adhesive, and optical properties. Suitable optical grade adhesives include materials disclosed herein or otherwise known in the art. For example, the OPTICALLY CLEAR LAMINATING ADHESIVES 8141, 8142, 8161, and 9483 from the 3M Corporation may be suitable for use as a shock absorbing layer in some embodiments of the invention when applied in a sufficient thickness.

In one embodiment of the invention, the optical adhesive intended for use as a shock absorbing adhesive layer is obtained in mass form and applied to the aforementioned substrate to a desired thickness. Notably, such use may include applying the adhesive much thicker than is contemplated when it is used solely for its adhesive properties.

As previously noted, the particular selection of layer materials and thicknesses may depend on the angle at which a windshield is inclined, such as 90° in the case of security vehicles all the way down to about 27° for some sport vehicles. For a 27° windshield, one preferred laminate film will have 17 GSM adhesive under a 4 mil substrate layer with a suitable scratch resistant coating. These layers are relatively thin because the angle at which a user looks through the windshield increases the amount of laminate film they look through. A 90° windshield, in turn, may have up to 7 mils of PET and 7 mils of adhesive, with a scratch resistant coating, and still maintain suitable clarity.

Referring now to FIG. 3A, according to one embodiment of the invention, a protective laminate film 300 may include a scratch-resistant coating layer 304, a polymeric substrate layer 306, an adhesive layer 308, and a release liner 310 on the glass adjacent surface of the adhesive layer 308. FIG. 3B illustrates a protective laminate film 300' that further includes a clear backing liner 303 on an outer surface of the scratch-resistant coating. The clear backing liner 303 and release liner 310 allow the laminate film 300 to be handled, stored, transported, and installed without wear and soiling of the upper and lower surfaces of the protective film. Alternatively, liners or backing formed of a non-clear material may be substituted for the clear backing and/or the release liner.

FIG. 4 illustrates another embodiment of a protective film 400 according to the invention, which includes a scratch-resistant coating layer 404, a first adhesive layer 405 between the scratch-resistant coating 404 and a polymeric substrate layer 406, a second adhesive layer 408 on an opposite side of the substrate layer 406, and a release liner 410 adjacent to the second adhesive layer 408. The first adhesive layer 405 increases adhesion of the scratch-resistant coating 404 to the polymeric substrate layer 406. The first adhesive layer 405 may comprise the same adhesive material as the second adhesive layer 408. In one embodiment, the first adhesive layer 405 has a thickness that is substantially less than the thickness of the second adhesive layer 408. In another embodiment, the first adhesive layer 405 has a thickness that is equal to or exceeds the thickness of the second adhesive layer 408 in

US 8,172,300 B2

9                                                          10

order to provide added shock absorbance instead of or in addition to shock absorbance that may be provided by the second adhesive layer 408.

FIG. 5A illustrates another embodiment of a protective film 500 according to the invention, which includes a scratch-resistant coating layer 504, a first adhesive layer 505 between the scratch-resistant coating 504 and a polymeric substrate layer 506, a second adhesive layer 508 on an opposite side of the substrate layer 506, and a release liner 510 adjacent to the second adhesive layer 508. The first adhesive layer 505 is further comprised of an adhesion promoter layer 514 on a surface of the polymeric substrate layer 506 opposite the adhesive layer 508 and a primer layer 512 on top of the adhesion promoter layer 514. The adhesion promoter layer 514 increases the bond between the primer layer and the substrate layer and may comprise, for example, an acrylic-based resin, such as a mixture of polyurethane and acrylic resins. The adhesion promoter layer preferably has a thickness in a range of about 0.05 micron to about 1 micron, more preferably about 0.075 micron to about 0.75 micron, and most preferably about 0.1 micron to about 0.5 micron. According to one embodiment, the adhesion promoter of a thickness of about 0.25 micron (or about 0.00001 inch).

The primer layer may comprise a blend of fluoropolymer and acrylic resin. In addition, the primer may include a UV protective compound known in the art in order to provide UV protection for itself and any underlying layers. The primer layer preferably has a thickness in a range of about 0.5 micron to about 10 microns, more preferably about 0.75 microns to about 7.5 microns, and most preferably about 1 micron to about 5 microns.

FIG. 5B illustrates an exemplary embodiment of a protective film 500' according to the invention, which is similar to protective film 500 shown in FIG. 5A, except that it further includes a second adhesion promoter layer 516 between the polymeric substrate layer 506 and the adhesive layer 508 in order to enhance adhesion between the substrate 506 and adhesive 508. Adhesion promoter layer 516 may be the same material as adhesion promoter layer 514 and may have approximately the same thickness. According to one embodiment, the adhesion promoter layer is applied to the top and bottom surfaces of the polymeric substrate layer as an acrylic resin that is non-tacky at room temperature. Thereafter, a layer of pressure sensitive adhesive 508 is applied to the adhesion promoter layer 516 on the window side of the substrate layer 506 and a primer layer 512 is applied to the adhesion promoter layer 514 on the outer surface of the polymeric substrate layer 506.

One currently preferred laminate film coating has the following layers and dimensions:

| | |
|---|---|
| Scratch-Resistant Layer | ~0.4 mil |
| Primer Layer | ~0.1 mil |
| Adhesion Promoter Layer | ~1/100 mil |
| PET or Polycarbonate Substrate | ~4 mils |
| Adhesion Promoter Layer | ~1/100 mil |
| Pressure Sensitive Adhesive Layer | ~0.75 mil |

There are various methods of installing thin films to glass surfaces. For example, it is well known that there are a variety of methods for installing tinting to automobile windows, including, for example, wet-lamination, dry-lamination, the use of steam or water as a lubricating solution, and the use of a hard or soft squeegee. Accordingly, the following description of one exemplary method of installing a laminate film is not limiting of the ways in which the laminate films of the invention can be installed. Rather, it will be understood by those skilled in the art that there are numerous methods of installing films to glass surfaces and that some of these may also be employed to install the inventive laminate films described herein. In particular, suitable installation methods require careful handling of the film to maintain a surface free of optical defects.

In the described embodiment of the invention, the following tools are recommended for installation: stainless steel knife; 32 oz water bottle (for slip agent); soap for cleansing agent; gallon of distilled water; 6" soft cleaning squeegee; 4" hard Teflon squeegee; and heat gun.

The film can be applied to an un-mounted windshield or a mounted windshield (mounted in a vehicle). Although not required, indoor installations are preferred. The indoor installation provides a more controlled environment which reduces the chance of dirt or debris becoming trapped between the windshield and the laminate film. In the case of outdoor installations, the amount of time that the adhesive is exposed before it is applied should be as short as possible.

Initially, the condition of a windshield is important to a successful laminate film installation. This is because a laminate film bonds best with a new windshield that is both clean and unmarred. A cracked or pitted windshield will tend to trap additional moisture during the installation, which results in a product that may not look as good as a new windshield having the laminate film applied. Nevertheless, a laminate film can be applied to a cracked or pitted windshield if desired. Of course, a clean windshield is also important in achieving an optically clear installation. This is because any foreign materials that remain between the glass and the laminate film during installation will remain for the life of the protective film.

Accordingly, a first installation step is selecting the correct laminate film for the vehicle to be protected. As previously noted, the precise configuration of a laminate film, including, for example, layer thicknesses and layer materials, may vary based on the angle of inclination of the windshield and the automobiles expected use. It is important for optimum performance, therefore, to verify that a correctly selected film is used for installation.

Next, as previously noted, the windshield is advantageously cleaned and inspected. This may involve first spraying the windshield with a warm water/soap solution or other approved lubricant. Preferably, the lubricants will not contain any additional chemicals that could cloud over time or react with the adhesive. In some cases, simple water may be the most effective lubricant. A window razor is then used to remove any dirt, bugs or other debris by scraping the wet, lubricated windshield. Care must be used to not scratch the windshield during the cleaning process as a window cleaning razor can scratch glass. The lubricating solution such as water helps ensure that the windshield is not scratched by the razor. A squeegee and damp paper towel can then be used to remove any loosened debris and lubricating solution. This process can be repeated, using the lubricating solution and razor to remove any remaining debris on the windshield. After the debris and lubricating solution are again removed, the windshield should be clean and ready to accept the laminate film.

The laminate film is preferably pre-cut to the correct size, but may also be trimmed during installation to fit the windshield. In either case, it is preferably fit to within 1/4" to 1/16" from the edge molding on each side of the windshield glass. If the laminate film must be trimmed during installation, a stainless steel knife blade is advantageous as steel blades may scratch the glass. The trimmed laminate film should be

US 8,172,300 B2

11

checked for wrinkles or folds to determine the amount of hand forming required to conform the film to the glass.

For non pre-formed installations or where the laminate film does not fit perfectly, a heat gun and hard squeegee can be used to remove any folds and wrinkles and adjust the shape of the laminate film. There are two common methods derived in the window tint industry for shaping film to a contoured surface for this purpose. These are commonly referred to as "dry shrinking" or "wet shrinking." Either method is acceptable. The wet method involves first wetting a windshield 602 with a lubricating solution 620 such as water. The laminate film is placed on the windshield in the proper orientation (as though it was actually installed with the release liner against the window and the scratch resistant coating facing out). A squeegee is used to gently remove the lubricating solution from the center of the film. Ridges where the film is to be shrunk are formed by the squeegee action, preferably towards the periphery of the windshield since the laminate film will more easily shrink along the top and bottom of the windshield.

The heat gun is next used to carefully apply heat to warm the laminate film and start the shrinking process. A squeegee can be used to carefully conform the laminate film to the windshield to avoid any wrinkles. Additional water may be used as needed behind the film. When finished, the laminate film should lie on the windshield without any large wrinkles or folds. Slight wrinkles can be removed during the final installation step further below. At this point, it is important to note that the laminate film has not yet been affixed to the windshield.

The "dry method" is essentially the same as the "wet method" previously described, with one notable change. A dryer sheet or a wool glove is rubbed onto the glass to setup a static charge to hold the film in place during the shrinking process.

The laminate film is then removed from the windshield for a final cleaning. One preferred method for a final cleaning is to spray the windshield with water using a spray bottle. A squeegee is again used to remove the water and any dust or particles. The windshield is now ready for the laminate film to be applied.

Starting at one corner, with the help of a piece of tape if necessary, the release liner is partially removed from the laminate film while spraying the adhesive with the slip agent. The release liner is then allowed back to the original position. This process is repeated on the remaining portion of the laminate film such that the release liner is loosened from the laminate film for the actual application. The film is then rolled across the windshield into a roll of approximately 2" diameter. This is commonly referred to as the "reverse roll" installation method. The installer should be careful not to allow anything to come into contact with the adhesive, as foreign debris may then be sandwiched between the window and adhesive during final installation. If lint or other small objects do come in contact with the adhesive layer, however, it may be possible to wash the lint off using the slip agent.

In one embodiment, the laminate film has a release liner 610 or clear backing 603 on each surface thereof. Accordingly, it may be preferred that only the lower release liner is removed at this time but that the upper clear backing remains in place during installation so that the upper surface of the laminate film can be more easily handled during application of the laminate film without scratching or moving the outer surface.

The slip agent is important for a successful installation. The slip agent can be various solutions, for example, distilled water or water and a small amount of clean soap such as a

12

dishwashing detergent (e.g., crystal light). Alcohol and other spirit based products should not be used as they may react with the adhesive. The slip agent is preferably applied to the windshield so that the applied protective laminate film can be adjusted into position on the windshield before the slip agent dries and the adhesive layer securely adheres to the windshield. Too much slip agent is not possible while too little may cause a difficult or failed installation. The slip agent is preferably used by coating the windshield and the adhesive side of the laminate film with a generous coating of slip agent. With the wet windshield and the wet film, the next step is to position the laminate film onto the windshield using the reverse roll method.

After the laminate film is positioned on the windshield, a Teflon squeegee may be used to remove slip agent and trapped air between the laminate film and windshield. A generous amount of slip agent is placed on the exterior surface of the laminate film to facilitate and lubricate the squeegee process. In addition, the squeegee can be covered with a soft cloth that is damp with slip agent to reduce the chance of scratching the exterior surface of the laminate film.

Next, starting in the top and center of the windshield, a vertical line is drawn in the downward direction with the squeegee to temporarily adhere and loosely hold the laminate film in place. Additional strokes are performed, working from the center to each side of the windshield. It is also preferred to adjust the cloth on the squeegee to a new clean position for each stroke. This helps to remove any debris from the windshield that may be flushed out from under the trim and caught in the squeegee towel. It may also be helpful to add additional slip agent on the outside of the laminate film as needed to act as a lubricant until the squeegee process is completed. This helps reduce the possibility of scratching by the squeegee.

The process of using the squeegee, top to bottom, working from the inside out, is continued to push the water out to the edges until all the air bubbles and substantially all of the slip agent are removed. It is desirable to remove as much of the slip agent as possible before the adhesive becomes fully tacked (or adhered) to the windshield. If a small amount of moisture remains trapped, it may evaporate through the laminate film over the next few days or week depending on the ambient temperature. A heat gun may be used to remove any remaining wrinkles in the laminate film.

Finally, a stainless steel window knife may be used to trim the excess laminate film to within 1/8" of the windshield trim. If a backing layer is present over the scratch resistant surface, it may be removed at this time.

The installation is then ready for inspection. A cloth and window cleaner can be used to remove any dirt or finger prints from the film. In particular, the edges should be inspected to ensure a proper bond. If any moisture pockets are found near the edges, the Teflon squeegee can be used to push them out. When properly installed, a windshield laminate will not trap any air bubbles between the laminate film and windshield. The foregoing method of installation will not result in any areas of significant distortion other than distortion from any small moisture pockets that were left between the film and the windshield. As the small moisture pockets evaporate the distortion will disappear.

Full adhesion typically will not occur for 72 hours or longer depending on outside temperatures. For typical embodiments of the invention, the laminate film adhesive should reach a level of adhesion sufficient to handle freeway speeds and automatic car washes within one hour of the installation.

In one embodiment, the laminate film's edge may be bonded to the windshield glass with, for example, a black silicone rubber sealant. The edge sealer is preferably covered

US 8,172,300 B2

13

by a temporary protective tape to protect the silicone bead from the weather, until it is dry.

Optionally, the laminate film can be additionally coated with a silicone oil coating to protect the film even further from bird dung, hand prints, etc. This silicone oil coating can be, for example, 10 to 50 CENTISTOKE silicone oil commercially available from The Dow Corning Corporation of America. The silicone oil coating is applied by spraying or hand wiping.

The laminate films of the invention can be manufactured by any of the various calendaring methods and devices known in the art for forming laminate films, including for example heat laminating and cold wet laminating. In one embodiment of the invention, the manufactured films can be cut to size and thermoformed to a windshield mold, thereby pre-forming the laminate film to a shape that matches that of a curved windshield. This method can reduce distortion, if any, that a laminate film might otherwise cause on a curved windshield.

The protective laminate films can be left applied to a windshield for as long as desired, from a matter of days up to several years or more. For example, an automobile rental company may affix a protective laminate film to a rental car's windshields. After the end of the rental car's period of use as a rental, the protective laminate film can be removed prior to sale. Such a usage can significantly reduce the cost to rental car companies in replacing or repairing automobile windshields prior to sale of their used car fleets. Similarly, an automobile lessee may desire to apply the film to the leased vehicle for the term of the lease, thus reducing the chances of having to pay the cost of a damaged windshield at the end of a lease period.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. A laminate film adapted for use in protecting a transparent surface from scratching or optical damage, comprising:
   a flexible substrate comprising a first surface and a second surface, the flexible substrate having a first composition;
   a first flexible adhesive layer adhered to the first surface of the flexible substrate;
   a flexible scratch-resistant coating adhered to the first flexible adhesive layer, the flexible scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition; and
   a second flexible adhesive layer adhered to the second surface of the flexible substrate,
   the flexible substrate, the flexible scratch-resistant coating, and the first and second flexible adhesive layers being selected, and the laminate film having an overall thickness, so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent,
   the laminate film being shock absorbing and flexible so as to readily conform to a shape of a transparent surface or be wound and stored as a roll while remaining substantially optically transparent and shock absorbing and retaining a consistent refractive index.

2. A laminate film as defined in claim 1, wherein the flexible substrate is comprised of a polyester material, wherein the first flexible adhesive layer is in direct contact with the polyester material without any intervening layers.

14

3. A laminate film as defined in claim 2, wherein the polyester material is polyethylene terephthalate.

4. A laminate film as defined in claim 1, wherein the flexible substrate is comprised of a polycarbonate material.

5. A laminate film as defined in claim 1, wherein the flexible substrate has a thickness in a range of about 2 mils to about 10 mils.

6. A laminate film as defined in claim 1, wherein the flexible substrate has a thickness in a range of about 3 mils to about 5 mils.

7. A laminate film as defined in claim 1, wherein the first flexible adhesive layer is formed from an acrylic resin.

8. A laminate film as defined in claim 1, wherein the first flexible adhesive layer is comprised of an adhesion promoter layer adjacent to and in direct contact with the first surface of the flexible substrate and a primer layer between the adhesion promoter layer and the scratch-resistant layer.

9. A laminate film as defined in claim 8, wherein the adhesion promoter layer is formed from an acrylic-polyurethane resin.

10. A laminate film as defined in claim 8, wherein the adhesion promoter layer has a thickness in a range of about 0.05 micron to about 1 micron.

11. A laminate film as defined in claim 8, wherein the adhesion promoter layer has a thickness in a range of about 0.075 micron to about 0.75 micron.

12. A laminate film as defined in claim 8, wherein the adhesion promoter layer has a thickness in a range of about 0.1 micron to about 0.5 micron.

13. A laminate film as defined in claim 8, wherein the primer layer is formed from an acrylic-fluoropolymer resin and an ultra-violet (UV) inhibitor.

14. A laminate film as defined in claim 8, wherein the primer layer has a thickness in a range of about 0.5 micron to about 10 microns.

15. A laminate film as defined in claim 8, wherein the primer layer has a thickness in a range of about 0.75 micron to about 7.5 microns.

16. A laminate film as defined in claim 8, wherein the primer layer has a thickness in a range of about 1 micron to about 5 microns.

17. A laminate film as defined in claim 1, wherein the scratch-resistant coating is formed from a mixture comprising one or more acrylic monomers and colloidal silica.

18. A laminate film as defined in claim 1, wherein the scratch-resistant coating has a thickness from about 2 microns to about 20 microns.

19. A laminate film as defined in claim 1, wherein the scratch-resistant coating has a thickness from about 7.5 microns to about 12.5 microns.

20. A laminate film as defined in claim 1, wherein the second adhesive layer is comprised of a pressure sensitive adhesive.

21. A laminate film as defined in claim 1, wherein the adhesive layer has a thickness from about 12 grams per square meter (GSM) to about 30 grams per square meter (GSM).

22. A laminate film as defined in claim 1, further comprising a flexible protective release liner adjacent to the second adhesive layer.

23. A laminate film as defined in claim 1, further comprising a backing layer adjacent to the flexible scratch-resistant coating.

24. A laminate film adapted for use in protecting a transparent surface from scratching or optical damage, comprising:
   a flexible substrate comprising a first surface and a second surface, the flexible substrate having a first composition;

US 8,172,300 B2

15

a first adhesion promoter layer having a first side adjacent to and in direct contact with the first surface of the flexible substrate;

a primer layer adjacent to a second side of the adhesion promoter layer opposite the first side;

a flexible scratch-resistant coating adjacent to the primer layer, the flexible scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition and protects against scratching by mechanical forces;

a second adhesion promoter layer having a first side adjacent to the second surface of the flexible substrate; and

a flexible adhesive layer adhered to a second side of the second adhesion promoter layer,

the flexible substrate, the flexible scratch-resistant coating, the first and second adhesion promoter layers, the primer layer, and the flexible adhesive layer being selected, and the laminate film having an overall thickness, so as to provide the laminate film with a consistent refractive index across the laminate film.

**25.** A laminate film as defined in claim 24, wherein the scratch-resistant coating is formed from a mixture comprising one or more acrylic monomers and colloidal silica.

**26.** A laminate film as defined in claim 24, wherein the flexible substrate has a thickness in a range of about 2 mils to about 10 mils, wherein at least one of the first or second adhesion promoter layers has a thickness in a range of about 0.05 micron to about 1 micron, wherein the primer layer has a thickness in a range of about 0.5 micron to about 10 microns, wherein the scratch-resistant coating has a thickness from about 2 microns to about 20 microns.

**27.** A laminate film as defined in claim 26, wherein the scratch-resistant coating is formed from a mixture comprising one or more acrylic monomers and colloidal silica.

**28.** A laminate film as defined in claim 24, further comprising a flexible protective release liner adjacent to the flexible adhesive layer.

**29.** A laminate film as defined in claim 24, further comprising a backing layer adjacent to the flexible scratch-resistant coating.

**30.** A laminate film having shock absorbing properties and being adapted for use in protecting a transparent surface, the laminate film comprising:

a combined scratch-resistant, shock absorbing, and flexible substrate comprising a monolithic material and having an exterior surface and an interior surface, the exterior surface comprising a polymer material that is ultra-violet (UV)-stabilized and substantially scratch-resistant, wherein the polymer material includes at least one of a scratch-resistant polyester, scratch-resistant acrylic acrylate, or colloidal silica, the substrate having a thickness in a range of about 2 mils to about 10 mils;

an adhesion promoter layer adhered to the interior surface of the substrate and having a thickness in a range of about 0.05 micron to about 1 micron; and

a shock absorbing and flexible adhesive layer adhered to the adhesion promoter layer, wherein the shock absorbing adhesive layer of the laminate film has a thickness and a Shore A hardness so as to be effective to:

contribute to dispersing the impact forces of debris that contacts the laminate film when adhered to a transparent surface and thereby reduce damage to the transparent surface; and

securely adhere the laminate film to the transparent surface when applied thereto while substantially maintaining optical transparence of the transparent surface,

16

the combined scratch-resistant, shock absorbing, and flexible substrate, the adhesion promoter layer, and the shock absorbing and flexible adhesive layer being selected and having thicknesses so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent and protect against scratching of a transparent surface by mechanical forces, and

the laminate film being flexible so as to readily conform to a transparent surface or be wound and stored as a roll while remaining substantially optically transparent and shock absorbing and retaining a consistent refractive index.

**31.** A laminate film as defined in claim 30, further comprising a flexible protective release liner adjacent to the shock absorbing and flexible adhesive layer and a backing layer adjacent to the combined scratch-resistant, shock absorbing, and flexible substrate.

**32.** A protected transparent window comprising:

a rigid transparent window having a flat or convex exterior surface; and

a protective laminate film having shock absorbing properties affixed to the exterior surface of the rigid transparent window, the laminate film comprising:

a polymer substrate comprising a first surface and a second surface, the polymer substrate having a first composition;

a first adhesive layer adhered to and in direct contact with the first surface of the polymer substrate;

a scratch-resistant coating adhered to the first adhesive layer, the scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition and protects against scratching by mechanical forces; and

a second adhesive layer adhered to the second surface of the polymer substrate and the exterior surface of the rigid transparent window,

the polymer substrate, the scratch-resistant coating, and the first and second adhesive layers being selected, and the laminate film having a thickness, so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent, and

the laminate film being shock absorbing so as to protect the rigid transparent window from mechanical impacts.

**33.** A laminate film adapted for use in protecting an outer surface of a flat or curved transparent window, comprising:

a flexible substrate comprising a first surface and a second surface, the flexible substrate having a first composition;

a first flexible adhesive layer adhered to and in direct contact with the first surface of the flexible substrate;

a flexible scratch-resistant coating adhered to the first flexible adhesive layer, the flexible scratch-resistant coating having a second composition that is different and more scratch-resistant than the first composition; and

a second flexible adhesive layer adhered to the second surface of the flexible substrate for adhering the laminate film to an outer surface of a flat or curved transparent window,

the flexible substrate, flexible scratch-resistant coating, and the first and second flexible adhesive layers being selected, and the laminate film having an overall thick

US 8,172,300 B2

17

ness, so as to provide the laminate film with a consistent refractive index across the laminate film so as to be substantially optically transparent,

wherein the laminate film is configured to provide shock absorbance to a flat or curved transparent window and is pre-sized so as to approximate a size and shape of the flat or curved transparent window to which it is designed to be attached.

18

34. A laminate film as defined in claim 33, further comprising a flexible protective release liner adjacent to the second flexible adhesive layer and backing layer adjacent to the flexible scratch-resistant coating.

*   *   *   *   *

# EXHIBIT C

US 20080206522A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2008/0206522 A1**

McCormick et al. (43) Pub. Date: **Aug. 28, 2008**

(54) **METHOD OF MANUFACTURING A WINDSHIELD HAVING A PROTECTIVE LAMINATE**

(75) Inventors: **Chris E. McCormick**, Draper, UT (US); **A. Brent Strong**, Sandy, UT (US); **Mike D. Ridges**, American Fork, UT (US); **Kevin A. Plumb**, Sandy, UT (US); **Jeff Smith**, Draper, UT (US)

Correspondence Address:
WORKMAN NYDEGGER
60 EAST SOUTH TEMPLE, 1000 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111 (US)

(73) Assignee: **Clearplex Corporation**, Draper, UT (US)

(21) Appl. No.: **12/111,537**

(22) Filed: **Apr. 29, 2008**

**Related U.S. Application Data**

(62) Division of application No. 10/993,619, filed on Nov. 19, 2004.

(60) Provisional application No. 60/523,966, filed on Nov. 21, 2003, provisional application No. 60/552,784, filed on Mar. 12, 2004.

**Publication Classification**

(51) Int. Cl.
*B32B 37/06* (2006.01)
*B32B 3/00* (2006.01)
(52) U.S. Cl. .............. 428/174; 156/60; 156/84; 428/336

(57) **ABSTRACT**

Protective laminate films protect an underlying windshield from damage due to impacting rocks and other debris. The protective laminate films generally include a flexible polymer substrate having a scratch resistant coating and an adhesive layer on opposing surfaces thereof. Each layer is transparent such that, when applied to a windshield, the laminate film does not inhibit visibility. Each layer may also be flexible so that the laminate film can be molded to a curved windshield. Generally, the scratch resistant coating protects the laminate films from scratching or other damage from impacting debris and/or from windshield wipers. The substrate provides structural integrity to the laminate films and may provide some degree of impact dispersion. The adhesive layer, in addition to adhering the laminate films to the windshield, may also provide significant impact resistance that helps protect the windshield from cracks or chips due to impacting rocks or other debris.



Patent Application Publication       Aug. 28, 2008       US 2008/0206522 A1



**Fig. 1**



**Fig. 2**



**Fig. 3**

1

# METHOD OF MANUFACTURING A WINDSHIELD HAVING A PROTECTIVE LAMINATE

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]  This application is a division of copending U.S. patent application Ser. No. 10/993,619, filed Nov. 19, 2004, which claims the benefit of U.S. Provisional Patent Application No. 60/523,966, filed Nov. 21, 2003, and U.S. Provisional Patent Application No. 60/552,784, filed Mar. 12, 2004, the disclosures of which are incorporated herein in their entirety.

## BACKGROUND OF THE INVENTION

[0002]  1. The Field of the Invention

[0003]  The present application relates to the field of protective coatings and laminates. More particularly, the present invention relates to a method of applying a durable optically transparent laminate to a windshield for protecting the windshield from damage due to gravel, rocks or other debris impacting the windshield, as well as protected windshields made thereby.

[0004]  2. The Relevant Technology

[0005]  Every year, millions of windshields are damaged by rocks or other debris that impact the windshield. Winter is particularly hazardous in many areas where environmental constraints on the use of salt to control icy surfaces result in a great deal of sand or other biodegradable substances being used. This sand, coupled with rocky areas as well as natural rubble and construction debris, has created a year-round hazardous situation for glass (and/or laminated) windshields in any overland vehicle or glass in other equipment, as the sand and other rubble are thrown up and collided with windshields.

[0006]  If the damage is small, such as a small chip in the windshield, it can often be repaired in situ. Large damage such as larger chips and cracks, however, requires the windshield to be replaced. The cost of repairing or replacing each windshield ranges up to hundreds of dollars or more. Accordingly, there is a continuing need for methods to reduce windshield replacements by reducing windshield damage from impacting debris.

[0007]  Previous attempts to provide exterior films to protect windshields from damage have failed or are limited for any of a number of reasons. Such reasons include, for example, that the films: do not cover the entire glass; do not adhere to the glass; do not conform to a curved windshield; are not UV stable over the long term; the materials readily scratch from windshield wipers and car wash brushes; and/or have poor optical quality due to inferior film or adhesive restrictions.

[0008]  For example, U.S. Pat. No. 6,634,695 ("the '965 patent") discloses an impact resistant barrier around the periphery of a windshield. Generally disclosed barrier materials in the '965 patent include clear polymeric films as well as opaque materials such as rubber, plastic, or metal. Particularly, one suitable barrier material disclosed by the '965 patent is Scotchcal™, an 8 mils urethane film sold by 3M. By limiting the extent of these clear and opaque barriers to the periphery, high visibility is maintained in the center of the windshield while protection is provided around the periphery. This approach is clearly limited in that the barriers are not suitable to cover the entire windshield. Thus, in order to

maintain a suitable visibility where the barrier materials are applied, the '965 patent limits itself to protecting only those portions of the windshield where high visibility is not necessary.

[0009]  Attempts thus far at providing a clear protective film to cover an entire automobile windshield have failed for various reasons, typically because the suggested films are not sufficiently transparent, distort the view, are not UV stable, or scratch easily. For example, the transparent laminate materials currently commercially available as Scotchgard Anti-Graffiti Window Film AG-4 and Scotchgard Anti-Graffiti Window Film AG-7 from 3M Corporation were tested for windshield applications. These films were found to be unsuitable because they do not provide sufficient scratch resistance for windshield applications and the underlying PET is not UV stable. Under the demanding conditions a windshield places upon a laminate film, the AG-4 and AG-7 were both found to degrade and scratch more than is acceptable.

[0010]  Accordingly, there is a continuing need for new and improved methods and devices to protect entire windshields from damage without significantly reducing the optical qualities of the windshield.

## BRIEF SUMMARY OF THE INVENTION

[0011]  The present application provides protective coatings and laminates for vehicle and equipment windshields. The protective coatings and laminates are optically transparent and thin yet still protect an automobile windshield from damage due to object impacts or scratching. The various layers of the protective laminate films serve one or more of several principal functions, including: scratch resistance, structural support for the laminate film, shock absorbance, and adhesion to an underlying glass surface. These functions are obtained while maintaining high clarity and being substantially distortion free.

[0012]  Accordingly, a first example embodiment of the invention is an optically transparent laminate film for protecting a vehicle windshield. The film generally includes: a substrate comprising a first surface and a second surface; a scratch-resistant coating disposed upon the first surface of the substrate; and an adhesive layer disposed upon the second surface of the substrate.

[0013]  Another example embodiment of the invention is an optically transparent laminate film for protecting a vehicle windshield. This film generally includes: a scratch-resistant substrate comprising a first surface and a second surface, the first surface comprising a material that is substantially scratch resistant; and a shock absorbing adhesive layer disposed upon a second surface of the substrate, wherein the shock absorbing adhesive layer is effective to: substantially disperse the impact forces of debris that contacts an automobile windshield and thereby reduce damage to the windshield; and securely adhere the laminate film to the underlying automobile windshield.

[0014]  Yet another example embodiment of the invention is an optically transparent laminate film for protecting a standard overland laminated safety glass automobile windshield. The film generally includes: a transparent substrate comprising a first surface and a second surface, the substrate having a thickness of from about 3 mils to about 5 mils; a scratch-resistant coating disposed upon a first surface of the substrate, wherein the scratch resistant coating has a thickness from about 2 microns to about 10 microns; and an adhesive layer disposed upon a second surface of the substrate, wherein the

2

adhesive layer has a thickness from about 14 GSM to about 20 GSM and wherein the adhesive layer is shock absorbing such that it substantially disperses forces from impacting debris and thereby reduces damage to an underlying glass layer.

[0015]  These and other objects and features of the present invention will become more fully apparent from the following description and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0016]  To further clarify the above and other advantages and features of the present invention, a more particular description of the invention will be rendered by reference to specific embodiments thereof which are illustrated in the appended drawings. It is appreciated that these drawings depict only typical embodiments of the invention and are therefore not to be considered limiting of its scope. The invention will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

[0017]  FIG. 1 illustrates a protective laminate film according to one embodiment of the invention;

[0018]  FIG. 2 illustrates a protective laminate film according to another embodiment of the invention; and

[0019]  FIG. 3 illustrates one step in the process of applying a protective laminate film to a windshield according to another embodiment of the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0020]  The present invention relates to protective laminate films for automobile windshields. When properly applied to the exterior of a glass windshield, the protective laminate films can extend the life of a windshield by reducing or eliminating windshield damage caused by flying rocks or other debris. The various layers of the protective laminate films serve one or more of several principal functions, including: scratch resistance, structural support for the laminate film, shock absorbance, and adhesion to an underlying glass surface. In addition, the protective laminate films maintain an optically clear and substantially distortion-free view for a driver and avoid scratches or other marring that conventional attempts to protect a windshield are subject to. At the end of the laminate film's service life or when it is damaged, preferred laminate films of the invention can be removed by a user without great difficulty, returning the windshield to its original state.

[0021]  Reference will now be made to the drawings to describe various aspects of exemplary embodiments of the invention. It is to be understood that the drawings are diagrammatic and schematic representations of such exemplary embodiments, and are not limiting of the present invention, nor are they necessarily drawn to scale. In particular, the various layers of the protective laminate films are drawn without regard for any particular layer thicknesses. No inference should therefore be drawn from the drawings as to the layer thicknesses.

[0022]  In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be obvious, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-

known aspects of laminate films have not been described in particular detail in order to avoid unnecessarily obscuring the present invention.

[0023]  All measurements disclosed herein are at sea level at standard temperature and pressure, unless indicated otherwise.

[0024]  FIG. 1 depicts a preferred example of a protective laminate film 100 adhered to windshield 102 according to the invention. In this embodiment of the invention, protective laminate film 100 includes a substrate 106 with a scratch resistant coating 104 on an exterior surface thereof and an adhesive layer 108 on a windshield adjacent surface thereof.

[0025]  Although the layered structure depicted in FIG. 1 is the presently preferred structure, other possible layered structures may also be used depending upon the details of the windshield the laminate film is designed for as well as the intended use. In addition, materials developed in the future may alter the preferred construction of the laminated films disclosed herein. For example, FIG. 2 depicts laminate film 200 adhered to windshield 202. Laminate film 200 includes a scratch-resistant substrate 204 and a shock absorbing adhesive layer 206.

[0026]  Other non-limiting examples of different layered structures include: scratch resistant coating/substrate/shock absorbing adhesive layer/shock absorbing substrate/adhesive; scratch resistant coating/shock absorbing layer/substrate/adhesive; and other similar structures. In each of the foregoing, one or more of the substrate(s) and the adhesive(s) can be shock absorbing. The particular selection of layer selection and thicknesses may depend on the angle at which a windshield is inclined, such as 900 in the case of security vehicles all the way down to about 270 for some sport vehicles.

[0027]  As previously mentioned, there are several functions that laminate film 100 performs. These include at least scratch resistance, structural integrity, shock absorbance, impact dispersion, and windshield adhesion. In order to meet the foregoing requirements, one or both of the substrate 106 and the adhesive layer 108 can be selected to provide shock absorbance.

[0028]  In addition to satisfying the foregoing design limitations, each layer in the laminate film provides UV protection, for example of greater than 99%. Various embodiments will also preferably repel water and/or dampen sound as well as have the ability for quick and easy removal from a windshield.

[0029]  The protective laminate films of the invention (and thus each of the layers discussed herein) must be optically clear and substantially distortion free. They should preferably satisfy certain minimum requirements as to flexibility (suitable for application to a curved windshield and/or storage on a roll), extensibility (from 100 to 600% elongation at break), haze (less than 1%), consistent refractive index over the entire laminate film, high transmittance (over 97%) over the visible wavelength range (approximately 400-700 nm), chemical, water, and temperature resistance, and general durability (at least 1 year under normal wear, preferably at least 3 years, more preferably at least 5 years). In effect, the laminate films of the invention are preferably virtually unnoticeable to a user looking through a windshield 102 over which a protective laminate film 100 is applied. In addition, a windshield supporting the laminate film must continue to satisfy all applicable government standards, including for example the Department of Transportation's Head Impact Crash Tests.

3

[0030] Referring again to FIG. 1, scratch resistant coating 104 is employed to prevent scratches or markings on the windshield from windshield wipers, car wash brushes, small debris that impacts the windshield, and the like. Normally a glass windshield is substantially resistant to such scratching or marring and no scratch resistant coating is needed. The application of the protective laminate film, however, creates the need for a scratch resistant coating due to the tendency of most transparent materials that can be used in a protective laminate film to scratch or retain other undesirable markings. If the laminate film is to be used in an area requiring significantly heavier wiper usage, such as certain areas of the Pacific Northwest, more durable scratch resistant coatings may be required.

[0031] Accordingly, scratch resistant coating 104 can be any transparent material suitable for preventing scratching and marring while meeting the other design requirements for the laminate film. Scratch resistant coatings are generally known in the art, although not all are suitable for use on automobile windshields. For example, the scratch resistant coating marketed as Madico CL-400 is suitable for use in short term applications in the protective laminate films of the invention. Longer lasting scratch resistant coatings are characterized by having only a 2% or less increase in haze after receiving 100 strokes from a Tabor wheel (the Tabor wheel is a device for testing hardness that is known in the art). In addition, preferred scratch resistant coatings allow focused light (such as headlights) to pass through without scattering. This feature is obtained in sufficiently hard scratch coatings by reducing the number of light scattering particulates, such as silicates or other contaminants, that are typically present in scratch resistant coatings. In addition, long lasting scratch resistant coatings are preferably UV stabilized by methods known in the art to prevent them from deteriorating due to UV light. A long lasting scratch resistant coating as described above is currently available from Madico Inc. in Woburn, Mass.

[0032] The scratch resistant coatings as used in embodiments of the invention preferably have a thickness of from about 2 microns to about 10 microns, more preferably from about 3 microns to about 5 microns.

[0033] Substrate 106, in turn, must be flexible such that it can conform to a curved glass surface while being sufficiently rigid and durable to hold the protective laminate film together in adverse conditions or over time. In addition, the substrate 106 will disperse the impact forces of an impacting rock or other debris. Preferred substrates will also be UV stabilized so they do not degrade over the usable life of the laminate film. Examples of suitable substrates may include: plasticized vinyl (polyvinyl chloride with plasticizer) or other optically transparent materials such as polyethylene terephthalate (PET), PET/polycarbonate blend, polyester, polyurethane, urethane, polycarbonate, acrylic based materials, and blends and combinations of the foregoing may be used as the substrate. Manufacturers of the foregoing include, for example, General Electric Polymers, DuPont, 3M, Avery Dennison, Bekaert Film, CP Films, Hanita Films, Rohm Haas, Madico, Hisco, Johnson Laminating, Kimoto Tech, Strata Film Coatings and InteliCoat.

[0034] In one embodiment, the substrate and scratch resistant coating can include an optical grade, TV stable polyester layer with a scratch-resistant and mar-resistant UV stable coating (made of Tinuvin®-enriched acrylic acrylate scratch resistant coating, for example) on the outer surface.

[0035] In another preferred embodiment of the invention a combined scratch resistant substrate can be obtained and used. Such a scratch resistant substrate may be a monolithic material or may comprise a laminate with various layers.

[0036] The substrate preferably has a thickness of from about 2 mils to about 10 mils, more preferably from about 3 mils to about 8 mils, still more preferably from about 3 mils to about 5 mils.

[0037] The optical grade adhesive layer 108 is used to adhere the laminate film to the windshield. Preferred adhesives are, by way of example only, optically clear, pressure sensitive, solvent based, acrylic adhesives. Other suitable adhesives may include solvent based adhesives, hot melt adhesives, water based adhesives, and alcohol-based adhesives. Manufacturers of such adhesives include, by way of example only, corporations such as Ashland Chemical, Adhesive Research, Rohm Haas, National Starch, Solutia, Sovereign, and Avery Dennison.

[0038] Several example optical grade adhesives that are currently commercially available from the 3M Corporation include: 3M 1 mil permanent and Optically Clear Laminating Adhesives 8141, 8142, 8161, and 9483. Other preferred adhesives include Intelicoat 0.00325, Intelicoat 0.003 OCAV3, and Intelicoat 0.003 OCALT, Madico "X" and "G" adhesives, Kimoto Tech adhesives, and optical grade adhesives from Lintech. Of course, any of numerous other optical grade adhesives may be suitable so long as they meet the aforementioned design criteria for the laminate film. In addition, suitable optical grade adhesives are non-crystalline. For example, a number of polyurethane and acrylic based optical grade adhesives are known in the art.

[0039] In addition, either or both of the adhesive layer 108 and substrate 106 can provided the requisite shock absorbing functions. Thus, preferred adhesive materials will be selected to optimize shock absorbing functionality. The shock absorbing layer(s) and the impact dispersing effect of the substrate are implemented to substantially absorb and disperse the impact forces of rocks and other debris that impact a windshield. As a result, a rock thrown up by a large truck may deflect off the windshield with only a minor mark caused its impact. In contrast, without the shock absorbing layer a large break or crack in the windshield would likely occur.

[0040] Various features of proposed shock absorbing materials must be considered before selecting a suitable shock absorbing layer. In addition to the foregoing mentioned characteristics of suitable laminate films, such as flexibility, high optical transmittance, low distortion, and durability, the shock absorbing layer also needs to have a suitable degree of hardness to absorb and substantially disperse the impact of the debris without breaking or allowing the windshield to break. Accordingly, the shock absorbing layer preferably has a Shore A hardness from about 0 to about 80, more preferably from about 0 to about 20, still more preferably from about 10 to about 20.

[0041] In one presently preferred embodiment of the invention a shock absorbing adhesive layer can be used. Such a material may be a single layer of an optical grade adhesive or a relatively thick layer of two or more optical grade adhesives. For example, two 5 mil layers of laminar optical adhesive can be placed back to back to provide a single 10 mil shock absorbing adhesive layer with excellent shock absorbing, adhesive, and optical properties. Suitable optical grade adhesives include materials disclosed herein or otherwise known in the art. For example, the Optically Clear Laminating Adhe-

4

sives 8141, 8142, 8161, and 9483 from the 3M Corporation may be suitable for use as a shock absorbing layer in some embodiments of the invention when applied in a sufficient thickness.

[0042] In one embodiment of the invention, the optical adhesive intended for use as a shock absorbing adhesive layer is obtained in mass form and applied to the aforementioned substrate to a desired thickness. Notably, such use may include applying the adhesive much thicker than is contemplated when it is used solely for its adhesive properties.

[0043] Depending upon the selected material and the associated hardness, the adhesive layer preferably has a thickness of from about 1 mil to about 50 mils, more preferably from about 5 mils to about 40 mils, still more preferably from about 5 mils to about 15 mils. Alternatively, the adhesive layer can be characterized by GSM (grams per squared meter). Thus, the preferred adhesive can have a thickness of from about 12 to about 30 GSM, more preferably from about 14 to about 20 GSM . Although it is possible to use more adhesive than 20 GSM to obtain a higher level of impact protection, the higher levels of adhesive provide a greater chance of increased optical distortion in applications where the rake of the windshield is closer to the horizontal plain.

[0044] As previously noted, the particular selection of layer materials and thicknesses may depend on the angle at which a windshield is inclined, such as 90o in the case of security vehicles all the way down to about 27° for some sport vehicles. For a 27° windshield, one preferred laminate film will have 17 GSM adhesive under a 4 mil substrate layer with a suitable scratch resistant coating. These layers are relatively thin because the angle at which a car looks through the windshield increases the amount of a laminate film they look through. A 90° windshield, in turn, may have up to 7 mils of PET and 7 mils of adhesive, with a scratch resistant coating, and still maintain suitable clarity.

[0045] Referring now to FIG. 3, according to one embodiment of the invention, a protective laminate film 100 may be packaged to have a release liner 306 on the glass adjacent surface and a clear backing 302 on the opposing surface of the laminate film 100. The clear backing and release liner allow the laminate film 100 to be handled, stored, transported, and installed without wear on the upper and lower surfaces of the protective film. Alternatively, liners or backing formed of a non-clear material may be substituted for the clear backing and/or the release liner, although in some cases this diminishes the optical clarity of an installed film. Also depicted in FIG. 3 is lubricating solution 304, which is used in one step of the installation procedures as described further below.

[0046] There are various methods of installing thin films to glass surfaces. For example, it is well known that there are a variety of methods for installing tinting to automobile windows, including for example only: wet-lamination, dry-lamination, the use of steam or water as a lubricating solution, and the use of a hard or soft squeegee. Accordingly, the following description of one preferred method of installing a laminate film is not limiting of the ways in which the laminate films of the invention can be installed. Rather, it will be understood by those skilled in the art that there are numerous methods of installing films to glass surfaces and that some of these may also be employed to install the inventive laminate films described herein. In particular, suitable installation methods require careful handling of the film to maintain a surface free of optical defects.

[0047] In the described embodiment of the invention, the following tools are recommended for installation: stainless steel knife; 32 oz water bottle (for slip agent); soap for cleansing agent; gallon of distilled water; 6" soft cleaning squeegee; 4" hard Teflon squeegee; and heat gun.

[0048] The film can be applied to an unmounted windshield or a mounted windshield (mounted in a vehicle). Although not required, indoor installations are preferred. The indoor installation provides a more controlled environment which reduces the chance of dirt or debris getting trapped between the windshield and the laminate film. In the case of outdoor installations, the amount of time that the adhesive is exposed before it is applied should be as short as possible.

[0049] Initially, the condition of a windshield is important to a successful laminate film installation. This is because a laminate film bonds best with a new windshield that is both clean and unmarred. A cracked or pitted windshield will tend to trap additional moisture during the installation resulting in an installation that may not look as good as a new windshield having the laminate film applied. Nevertheless, a laminate film can be applied to a cracked or pitted windshield if desired. Of course, a clean windshield is also important in achieving an optically clear installation. This is because any foreign materials that remain between the glass and the laminate film during installation will remain for the life of the protective film.

[0050] Accordingly, a first installation step is selecting the correct laminate film for the vehicle to be protected. As previously noted, the precise configuration of a laminate film, including for example layer thicknesses and layer materials, may vary based on the angle of inclination of the windshield and the automobiles expected use. It is important for optimum performance, therefore, to verify that a correctly selected film is used for installation.

[0051] Next, as previously noted, the windshield must be cleaned and inspected. This may involve first spraying the windshield with a warm water/soap solution or other approved lubricant. Preferably the lubricants will not contain any additional chemicals that could cloud over time or react with the adhesive. In some cases, simple water may be the most effective lubricant. A window razor is then used to remove any dirt, bugs or debris by scraping the wet, lubricated windshield. Care must be used to not scratch the windshield during the cleaning process as a window cleaning razor can easily scratch glass. The lubricating solution such as water helps ensure that the windshield is not scratched by the razor. A squeegee and damp paper towel can then be used to remove any debris and lubricating solution. This process can be repeated, using the lubricating solution and razor to remove any remaining debris on the windshield. After the debris and lubricating solution are again removed, the windshield should be clean and ready to accept the laminate film.

[0052] The laminate film is preferably pre-cut to the correct size, but may also be trimmed during installation to fit the windshield. In either case, it is fit preferably to within ¼" to ¹⁄₁₆" from the edge molding on each side of the windshield glass. If the laminate film must be trimmed during installation, a stainless steel knife blade is preferred as steel blades will scratch the glass. The trimmed laminate film must be checked for wrinkles or folds to determine the amount of hand forming required to conform the film to the glass.

[0053] For non pre-formed installations or where the laminate film is not fitting perfectly, a heat gun and hard squeegee can be used to remove any folds and wrinkles. There are two

US 2008/0206522 A1                                                                                      Aug. 28, 2008

5

common methods derived in the window tint industry for shaping film to a contoured surface for this purpose. These are commonly referred to as "dry shrinking" or "wet shrinking." Either method is acceptable. The wet method involves first wetting a windshield with a lubricating solution such as water. The laminate film is placed on the windshield in the proper orientation (as though it was actually installed with the release liner against the window and the scratch resistant coating facing out). A squeegee is used to gently remove the lubricating solution from the center of the film. Ridges where the film is to be shrunk are formed by the squeegee action, preferably towards the periphery of the windshield since the laminate film will shrink more along the top and bottom of the windshield.

[0054]    The heat gun is next used to carefully apply heat to warm the laminate film and start the shrinking process. A squeegee can be used to carefully conform the laminate film to the windshield to avoid any wrinkles. Additional water may be used as needed behind the film. When finished, the laminate film should lie on the windshield without any large wrinkles or folds. Slight wrinkles can be removed during the final installation step further below. At this point, it is important to note that the laminate film has not yet been affixed to the windshield.

[0055]    The "dry method" is essentially the same as the "wet method" previously described, with one notable change. A dryer sheet or a wool glove is rubbed onto the glass to setup a static charge to hold the film in place during the shrinking process.

[0056]    The laminate film is then removed from the windshield for a final cleaning. One preferred method for a final cleaning is to spray the windshield with water using a spray bottle. A squeegee is again used to remove the water and any dust or particles. The windshield is now ready for the laminate film to be applied.

[0057]    Starting at one corner, with the help of a piece of tape if necessary, the release liner is partially removed from the laminate film while spraying the adhesive with the slip agent. The release liner is then allowed back to the original position. This process is repeated on the remaining portion of the laminate film such that the release liner is loosened from the laminate film for the actual application. The film is then rolled across the windshield into a roll of approximately 2" diameter. This is commonly referred to as the "reverse roll" installation method. The installer should be careful not to allow anything to come in contact with the adhesive. If lint or other small objects do come in contact, however, it may be possible to wash the lint off using the slip agent.

[0058]    In one embodiment, the laminate film has a release liner or clear backing on each surface thereof. Accordingly, it may be preferred that only the lower release liner is removed at this time but the upper clear backing remains in place during installation so that the upper surface of the laminate film can be more easily handled during application of the laminate film.

[0059]    The slip agent is critical for a successful installation. The slip agent can be various solutions, for distilled water or water and a small amount of clean soap such as crystal light. Alcohol and other spirit based products should not be used as they may react with the adhesive. The slip agent is preferably applied to the windshield so that the applied protective laminate film can be adjusted into position on the windshield before the slip agent dries and the adhesive layer securely adheres to the windshield. Too much slip agent is not possible

while too little will cause a difficult or failed installation. The slip agent is preferably used by coating the windshield and the adhesive side of the laminate film with a generous coating of slip agent. With the wet windshield and the wet film, the next step is to position the laminate film onto the windshield using the reverse roll method.

[0060]    After the laminate film is positioned on the windshield, a Teflon squeegee may be used to remove the slip agent and trapped air that is between the laminate film and the windshield. A generous amount of slip agent is placed on the exterior surface of the laminate film to facilitate and lubricate this squeegee process. In addition, the squeegee can be covered with a soft cloth that is damp with slip agent to reduce the chance of scratching the exterior surface of the laminate film.

[0061]    Next, starting in the top and center of the windshield, a vertical line is drawn in the downward direction with the squeegee to hold the laminate film in place. Additional strokes are performed, working from the center to each side of the windshield. It is also preferred to adjust the cloth on the squeegee to a new clean position for each stroke. This is to remove any debris from the windshield from that may be flushed out from under the trim and caught in the squeegee towel. It is also important to add additional slip agent on the outside of the laminate film as needed to act as a lubricant until the squeegee process is completed. This helps reduce the possibility of scratches from the squeegee.

[0062]    The process of using the squeegee, top to bottom, working from the inside out, is continued to push the water out to the edges until all the air bubbles and slip agent is removed. It is desirable to remove as much of the slip agent as possible before the adhesive becomes fully tacked to the windshield. If a small amount of moisture becomes trapped, it will evaporate through the laminate film over the next few days or week depending on the ambient temperature.

[0063]    Finally, a stainless steel window knife is preferably used to trim the excess laminate film to within ⅛" of the laminate trim.

[0064]    The installation is then ready for inspection. A cloth and window cleaner can be used to remove any dirt or finger prints from the film. In particular, the edges must be inspected to ensure a proper bond. If any moisture pockets are found near the edges, the Teflon squeegee can be used to push them out. When properly installed, a windshield laminate will not suffer from any air bubbles. The foregoing method of installation will not result in any areas of significant distortion other than distortion from any small moisture pockets that were left between the film and the windshield. As the small moisture pockets evaporate the distortion will disappear.

[0065]    Full adhesion typically will not occur for 72 hours or longer depending on outside temperatures. For preferred embodiments of the invention, however, the laminate film adhesive should reach a level of adhesion sufficient to handle freeway speeds and automatic car washes within one hour of the installation.

[0066]    In one embodiment, the laminate film's edge is bonded to the windshield glass with, for example, a black silicone rubber sealant. The edge sealer is preferably covered by a temporary protective tape to protect the silicone bead from the weather, until it is dry.

[0067]    Optionally, the laminate film can be additionally coated with a silicone oil coating to protect the film even further from bird dung, hand prints, etc. This silicone oil coating can be, for example, 10 to 50 centistoke silicone oil

commercially available from The Dow Corning Corporation of America. The silicone oil coating is applied by spraying or hand wiping.

[0068] The laminate films of the invention can be manufactured by any of the various calendaring methods and devices known in the art for forming laminate films, including for example heat laminating and cold wet laminating. In one embodiment of the invention, the manufactured films can be cut to size and thermoformed to a windshield mold, thereby pre-forming the laminate film to a shape that matches that of a curved windshield. This method can reduce distortion, if any, that a laminate film might otherwise cause on a curved windshield.

[0069] The protective laminate films can be left applied to a windshield for as long as desired, from a matter of days up to several years or more. For example, an automobile rental company may affix a protective laminate film to a rental car's windshields. After the end of the rental car's period of use as a rental, the protective laminate film can be removed prior to sale. Such a usage can significantly reduce the cost to rental car companies in replacing or repairing automobile windshields prior to sale of their used car fleets. Similarly, an automobile lessee may desire to apply the film to their leased vehicle for the term of their lease, thus reducing the chances of having to absorb the cost of a damaged windshield at the end of a lease period.

[0070] The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. A method of applying a protective laminate film to an exterior surface of a vehicle windshield to provide shock absorbing properties and protect the exterior surface of the vehicle windshield from rocks or other debris, comprising:
   (a) providing a protective laminate film comprised of:
       a flexible substrate having a first surface and a second surface;
       a scratch-resistant coating adhered to the first surface of the substrate;
       an adhesive layer adhered to the second surface of the substrate; and
       a release liner adjacent to the adhesive layer that protects the adhesive layer prior to application of the laminate film to a windshield,
       the laminate film being flexible so as to readily conform to a curvature of a vehicle windshield and/or be wound and stored as a roll while remaining substantially optically transparent and shock absorbing;
   (b) removing the release liner from the protective laminate film;
   (c) placing the protective laminate film over the exterior surface of the vehicle windshield; and
   (d) causing or allowing the adhesive layer to adhere to the exterior surface of the vehicle windshield.

2. A method as defined in claim 1, wherein the vehicle windshield is attached to a vehicle, the protective laminate film being applied to the exterior surface of the vehicle windshield on the outside of the vehicle.

3. A method as defined in claim 1, wherein the vehicle windshield is curved so that the exterior surface is convex and an interior surface is concave, the protective laminate film being applied to the convex exterior surface of the vehicle windshield.

4. A method as defined in claim 1, further comprising applying an aqueous liquid to the exterior surface of the vehicle windshield prior to (b)-(d).

5. A method as defined in claim 4, further comprising removing at least a portion of the aqueous liquid from the exterior surface of the vehicle windshield prior to (b)-(d) so as to remove debris from the exterior surface.

6. A method as defined in claim 4, further comprising moistening the adhesive layer of the protective laminate film with the aqueous liquid and placing the moistened adhesive layer onto the exterior surface of the vehicle windshield.

7. A method as defined in claim 6, further comprising applying pressure to the protective laminate film to remove air bubbles and/or liquid from between the protective laminate film and the exterior surface of the vehicle windshield.

8. A method as defined in claim 6, further comprising causing or allowing the aqueous liquid to dry in order for the adhesive layer to adhere to the exterior surface of the vehicle windshield.

9. A method as defined in claim 1, further comprising trimming the protective laminate film so as to fit within ¼ inch to ⅟₁₆ inch from the edge molding of the vehicle windshield when installed on a vehicle.

10. A method as defined in claim 1, further comprising heating the protective laminate film.

11. A method as defined in claim 10, wherein heating the protective laminate film causes it to shrink so as to better conform to a shape of the exterior surface of the vehicle windshield.

12. A method as defined in claim 10, wherein heating the protective laminate film is carried out prior to (b)-(d).

13. A method as defined in claim 10, further comprising removing the protective laminate film from the vehicle windshield after heating, followed by cleaning the exterior surface of the vehicle windshield prior to (b)-(d).

14. A method as defined in claim 1, wherein (b) and (c) are performed at least in part by a reverse roll method.

15. A method as defined in claim 1, wherein the flexible substrate comprises polyethylene terephthalate.

16. A method as defined in claim 1, wherein the flexible substrate comprises a material selected from the group consisting of plasticized vinyls (polyvinyl chloride with plasticizer), polyesters, polyurethanes, polycarbonates, and acrylics and has a thickness of from about 2 mils to about 10 mils.

17. A method as defined in claim 1, wherein the adhesive layer has a Shore A hardness of from about 10 to about 20, is selected from the group consisting of acrylic, urethane, polyvinyl alcohol, and polyvinyl chloride based materials, and comprises two or more laminar optical grade adhesives laminated together to form a compound layer having more shock absorbance properties than the laminar optical grade adhesives have singularly.

18. A laminate film as defined in claim 1, wherein the scratch-resistant coating has a thickness from about 2 microns to about 10 microns

19. A method of applying a protective laminate film to an exterior surface of a vehicle windshield attached to a vehicle

7

to provide shock absorbing properties and protect the exterior surface of the vehicle windshield from rocks or other debris, comprising:

(a) providing a protective laminate film comprised of:

a flexible substrate having a first surface and a second surface;

a scratch-resistant coating adhered to the first surface of the substrate;

an adhesive layer adhered to the second surface of the substrate; and

a release liner adjacent to the adhesive layer that protects the adhesive layer prior to application of the laminate film to a windshield,

the laminate film being flexible so as to readily conform to a curvature of a vehicle windshield and/or be wound and stored as a roll while remaining substantially optically transparent and shock absorbing;

(b) removing the release liner from the protective laminate film;

(c) placing the protective laminate film over the exterior surface of the vehicle windshield on the outside of the vehicle; and

(d) causing or allowing the adhesive layer to adhere to the exterior surface of the vehicle windshield.

**20.** A composite windshield structure that is resistant to rock chips, comprising:

a curved vehicle windshield having a convex exterior surface and a concave interior surface; and

a protective laminate film attached to the convex exterior surface of the vehicle windshield, wherein the protective laminate film is impact absorbing, provides protection against rock chips in the exterior surface of the windshield, and is comprised of:

a flexible polymer substrate composed of a first surface and a second surface, wherein the flexible polymer substrate is both shock absorbing and substantially disperses forces from impacting debris and thereby reduces damage to the exterior surface of the vehicle windshield;

a scratch-resistant polymer coating adhered to the first surface of the flexible polymer substrate, wherein the scratch-resistant polymer coating is substantially resistant to scratching forces applied to the vehicle windshield; and

an adhesive layer adhered to the second surface of the substrate and the exterior surface of the vehicle windshield, wherein the adhesive layer has a thickness and a Shore A harness so as to contribute to the shock absorbing properties of the protective laminate film,

the protective laminate film protecting the exterior surface of the windshield from damage by impacting rocks or other debris,

the laminate film being substantially optically transparent and, in the absence of rigidity imparted by being adhered to the vehicle windshield, is otherwise flexible and able to conform to the convex exterior surface of the vehicle windshield.

\* \* \* \* \*

**EXHIBIT D**

Pinnacle Of Performance Material

Product Catalog | Asia | アジア | 亞洲

OBRAY

2015 *WINDSHIELD* CATALOG

## Our Mission

Bray is dedicated to its vision of designing innovative technology, aspiring to provide the utmost excellence in customer service and manufacturing the highest quality glass protection. Every Bray product is put through the highest standard in testing and quality control. These high standards allow to stand behind our product 100%. Bray products are the perfect accessory for those who are looking to protect their vehicles glass, while also improving performance and safety.

ブレイは最新技術と未来へのビジョンを掲げ品質の高いガラス保護のフィルムの性能とお客様への最高のカスタマーサービスを追求であります。すべての製品は厳しいテストと品質コントロールの上で検証され、品質とは100%キャランティーしております。ブレイの品質はガラス保護のみで無くより良いパフォーマンスと安全を保障します。

저희 Bray 사는 가장 혁신적인 기술과 미 나아가서는 최고 혁신의 생각과 생산과정에 전념하고 있습니다. 저희 회사의 모든 제품은 최고 수준의 테스트와 품질 관리를 받으며 이러한 높고 믿을 수 있는 기준이 저희 회사의 제품을 100% 신뢰도로 보장합니다. 저희 회사의 제품은 운전자 분들의 자동차 유리를 보호하는 것에 도움을 주는 완벽한 액세서리입니다.

Bray는 一家致力于设计创新科技来实现未来的愿景，信念上为用户提供最大化态的客户服务和制造最高品质的玻璃防护。Bray的产品是专为那些想要保护自己正在寻找我保护自己的挡风玻璃的完个产品都通过最高标准的测试。100% 的标准的实出。Bray的产品是专为那些想要保护自己正在寻找我保护自己的挡风玻璃的完美的配件，同时提高性能和安全性的理想的辅助部件。

Galleria del Vento

Ferrari

Mr. Bray at the Ferrari Factory - Maranello Italy

## From Humble Beginnings

As a automotive tuner shop, to present day titan in high-performance laminate manufacturing, the Bray brand has stayed endlessly committed to pushing the envelope of excellence and innovation in the ever changing automotive industry. The brand has been built on a foundation of quality and performance unmatched by any other company in the industry.

Bray continues to remain ahead of the curve with new and innovative technology that continues to move us rapidly into the future with our Windshield Skin that are designed, cut, and molded in California. Bray remains committed to the superiority of All-American manufacturing and production. We firmly believe that the most effective and efficient means to ensure unmatched quality and performance is to guarantee all of our product is fully constructed and manufactured in the United States of America, sourcing only American made raw materials, utilizing only American converters.

自動車チューナーショップから現在の高性能ラミネートフォーマンスチタンの高性能会社のブレイとなりました。この激しく変わりゆくカーと業界のブレインは高品質とイノベーションを持って終えない改良し続けることにあり続けます。自動車業界のブランドすべての会社にはまさるところに築かれております。ブレインは他に比べて未来永遠、業界をイノベーションしております。

現代もウインドシールド・スキンをデザイン、カット、物品はブレイのオリジナルであり、カリフォルニアで施設を持たちすべて材料から、生産をアメリカール、アメリカから MADE IN USAを約束いたします。

자동차 튜닝샵부터 시작하여 현재는 고성능 라미네이트 제조영역의 있는 자동차 산업에 뛰어나고 혁신적인 제품으로 남기 위해 끊임없는 노력을 다해왔습니다. 자동 회사의 제품은 품질과 성능에서 타의 추종을 불허할 수 있습니다.

자동 Bray사는 미래를 지향하는 제품과 혁신적인 기술과 우위에 있습니다. 윌드실드 스킨에서 제작되는 Windshield Skin은 자동 회사가 다른 제조업체와 우위에나타냅니다. 자동 회사의 제품들은 오직 미국내의 제조설비 미국내에서 제작됩과 미국산 원자재만 사용함이 세계적인 그것은 다른 회사들의 제품과 성능의 제품에 불허할 수 있는 품과 성능의 제품들의 뛰어에 생산되고 있습니다.

作为汽车美容服务的店面，到现今结立在高性能层压制品制造业中，不断变化的汽车行业中，Bray从世信义不懈的追求卓越和行业创新。Bray在众时期隔靠行上打造起品质优化超越其他任何在同类公司。

顺心及品脚本，继续保持其对的领先地位与新的的领头长。继续快速推进的新设计。明澄和成理。我们坚信所有的产品都是全完全全部制造并且制造在美国，采购只有以确保同无现的质和性能。我们所拥有的最高级效的手法，以确保质和性能。低端，我们拥有只有美国的产品的部和建构在美国。采购只有以确保同无现的质和。使用保持对。只利用美国的转换器



## Haven't Heard of BRAY

Bray is now releasing their new product line to the public after years of proven success with the highest quality cars built in the world. Bray has been working with Italian auto manufacturer, Ferrari, protecting their windshields since 2009 and with Italian auto manufacturer, Lamborghini, since 2011. Bray's Windshield Skin has gone through rigorous testing by the auto manufacturers for clarity, ease of installation, removal, and durability. Bray's Windshield Skin has now become a staple product for the manufacturers.

ブレイは世界の高級車を扱い、その実績を成功させてきた長い開所たな開始を歴め合わせていただきます。ブレイは２００９年より イタリア・オートメーカーフェラーリと契約、２０１１年にはイタリア・ランボルギーニ一化と契約を結ぶ。ウインドシールドはオートメーカーの厳しい透明度、貼りやすさ、耐久性やすさと頑度のテストにに合格をしてオートメーカー指定のフロントガラス保護フィルムとなる。

브레이는 세계적인 제조업의 제조에서에서 세계에서 인정받는 기준에으로 Bray사는 수년간에 제품을 성에 선보입니다. Bray는 2009년 이탈리아 자동차 제조사 페라리 와 2011년부터는 람보르기니사와 일해왔습니다. 브레이의 Windshield Skin 을 투명, 시공과 용이성, 제거, 내구성 면에서 엄격한 테스트를 받았으며 이제는 제조업체 주요 상품이 되었습니다.

Bray作为解的产品线上。经过多年的成功的经验证实了在世界上有优秀的品质以后。自2009年Bray与总大利法拉利等了车制造商。Bray指定有保护他的前风玻璃挡膜的产品。Lamborghini。Bray的前风玻璃挡膜已经成为经过严格测试。个厂安装。那削和大作。现在Bray的前风玻璃挡膜已经成为车的"商的大宗产品。






*Windshield Skin™*

Bray patent pending 3D Windshield Skin™ kits are computer generated and machine molded to factory specs, it take away the human element of production, every Windshield Skin™ is an absolute, accurate-fitting 3D Windshield Skin™ product, so installation can be done anywhere in the world with no previous installation experience needed.

*New Super Hard Coat*

BRAY's new product line has the newest, highest quality and durable polyethylene terephthalate (PET) film made with BRAY's-proprietary Type 3 super hard coating for scratch resistance. It is specifically designed for use on exterior windshield/glass where protection is desired.

ブレイパテント出願中の3D Windshield Skinキットはコンピュレーターと機械で鈍圧、フロントガラスのサイズに整形をし、すべてのキットはパーフェクト・フィットで細かなフロントガラスの経験は必要無い、

ブレイの新しいTYPE 3は今までに無い耐久度にも優れたポリエチレン・テレフタレート（PET）を使い、そのスーパーハードコート法はフロントガラスの外側の低損傷にデザインである。

Bray社の新しい製品ラインは 3D Windshield Skin™ キットとは最新技、高品質で耐久性に優れたポリエチレンテレフタレート(PET)で、Bray独自のタイプ3ハードコーティングされている。特に保護したい外側のフロントガラス面にデザインされている。

Bray社新製品ラインは最新技、高品質で耐久性に優れたポリエチレンテレフタレート(PET)で、Bray独自のタイプ3ハードコーティングされている。特に保護したい外側のフロントガラス面にデザインされている。

Bray专利申请中的3D挡风玻璃膜(tm)是全自动化，电脑生产，无人为因素，扦风玻璃膜(tm)是绝对准确贴合性。因此安装可以在世界各地完成

Bray的产品系列有着最新、最先进和耐久的聚对苯二甲酸乙二醇酯(PET)膜，Type3超化硬表面。它特别明地设计为在外部的使用以保护挡风玻璃或玻璃面。



Windshield Skin  -  Lamborghini Aventador   part number PLFW03106

*Patent Pending Technology*
**A) Performance Frit System**
Performance design optimizes the impact resistance in the highest vulnerable black "frit" area of the windshield.
**B)Thermal Formed Technology**
Bray Windshield Skin™ kits are computer generated and thermal formed machine molded to factory specs.
**C) Multi Layer System**
Bray's advanced replaceable Top Skins are designed to be applied on top of our Base Skin and replaced as needed.
**D) Performance Wiper System**
We engineered a micron size cleaning design that pulls debris.

A) パフォーマンス フリット システム
   パフォーマンスデザインにより、最も...傷つきやすいブラックフリット部分を守る

B) サーモル フォーム 技術
   コンピューターと熱成型機械を施した...ユニットは...製作されている

C) マルチ レイヤー システム
   ベーススキンの上から、必要に応じて交換出来る TOP SKIN

D) パフォーマンス ワイパー システム
   ワイパーの部分をミクロン・クリーニング・デザインで...デブリ...清掃を促す

A) Frit 시스템의 보존성능
   윈드쉴드에서 제일 취약한 부분인 검정 "Frit" 영역에서의 내구성을 최대한의 충격방지를 성능효과로 디자인 되었습니다.
B) 열형성 기술
   저희 회사의 Windshield Skin™ 을 컴퓨터로 영상화시켜 열형성기계를 사용하여 제작되며 공장규격에 맞게 제조됩니다.
C) 다층종 시스템
   저희의 교체가능한 Top Skins 는 Base Skin 위에 사용되도록 제작되었으며 필요시에는 언제든지 교체가 가능합니다.
D) 와이퍼 시스템
   마이크로 사이즈로 설계된 부분이 와이퍼가 쓸리면서 불순물을 당겨내어 줍니다.

A) 性能嵌条系统
   我们设计的最高抗撞击性在挡风玻璃中最脆弱的黑色"嵌条"的区域中保护您的挡风玻璃。
B) 导热成型技术
   Bray挡风玻璃Skin™ 工具由电脑生成并经由导热成型机床模压成工厂规格的产品。
C) 多层系统
   Bray的先进可换TopSkin是为应用在基本Skin上，在必要时能被换下的被设计的。
D) 速度雨刷系统
   我们设计了微米大小清洁设计，能够拉出碎屑的速度雨刷系统。

# WINDSHIELD

## Bring it on world!

Your vehicle's windshield is put to the test by the road, eliminates, debris, weather and everyday use. Why not keep it looking great as long as you can? Bray Windshield Skin™ protection system is simply the ultimate in windshield protection. An exceptionally tough, ultra-clear material, has the most advanced hard coat technology that blends in almost invisibly with your vehicle's windshield. Yet it offers unrivaled protection from almost anything the outside world can throw at it.

- Protects your car's most vulnerable area "the windshield"
- Use in Ferrari Challenge and Super GT race series
- Trained, certified installers make sure your new windshield skin is installed correctly
- Trusted and used by Ferrari and Lamborghini and other car manufactures all over the world



Multi-Layer System
Patent Pending Technology

Performance Wiper System
Patent Pending Technology

#1 Windshield Protection in the World.

# PEACE OF MIND FOR WINDSHIELDS.

ANY TIME YOUR VEHICLE IS EXPOSED TO DAMAGING ELEMENTS – THAT'S THE IDEAL TIME TO INSTALL BRAY WINDSHIELD SKIN™ PROTECTION SYSTEM.

✦ INSTALLED USING BRAY 3D WINDSHIELD SKIN™ KIT CUSTOMIZED TO YOUR VEHICLE FOR A PERFECT FIT.

✦ NEW TOPSKIN PROVIDES INDUSTRY LEADING TYPE 6 SCRATCH RESISTANCE ALONG WITH EXCEPTIONAL CLARITY.

✦ TYPE 3 ASHC TECHNOLOGY HELPS KEEP YOUR WINDSHIELD SKIN™ LOOKING NEWER LONGER.

VIRTUALLY NOTHING CAN PROTECT YOUR VEHICLE BETTER FROM CRACKS, CHIPS AND DAMAGE THAN BRAY WINDSHIELD SKIN™ PROTECTION SYSTEM. IT'S TRULY THE ULTIMATE PROTECTION FOR WINDSHIELDS.



❀ BRAY

PINNACLE OF PERFORMANCE MATERIAL



3D THERMAL FORMED
PATENT PENDING TECHNOLOGY

PERFORMANCE FILM SYSTEM
PATENT PENDING TECHNOLOGY

NEW SUPER HARD COAT
PROPRIETARY TECHNOLOGY

MULTIPLE THICKNESS
OPTIONS AVAILABLE



Windshield Skin  –  Ferrari 458   part number PLFW03026

## TOPSKIN
### type 3 - 23μm

Bray's advanced patent pending replaceable Top Skins are designed to be applied on top of all our Base Skin and replaced as needed. Like glass, Bray patent pending Top Skin are scratch resistant and stands up to everyday abrasions, including windshield wipers.

ブレイの優れたパテント出願中の交換出来るトップスキンタイプ3～23ミクロンは全ベーススキンの上に貼れば必要に応じて交換する、日々のキズからガラスを守ります。

Bray사의 특허 출원중인 교체가능한 Top Skins는 저희의 모든 Base Skin 위에 부착되므로 디자인 되었으며 필요에 따라 교체가 가능합니다. 우리의 같이 Top Skins 는 긁힘 방지 및 흠집과 마모를 방지하여 와이퍼작동시 발생하는 긁힘도 방지 합니다

Bray사는진的专利和可更替换顶部膜，并保原所要更换。像玻璃。Bray的专利顶胶为最上层。它耐刮划。可以应付日常的磨损。包括挡刷。





Windshield Skin - Lamborghini Aventador - part number PLFW03106

## BASESKIN
### type 3 -100μm

Bray's original Windshield Skin™ Base Skin is an optically clear polyester base that is designed to take whatever the road dishes out. Impacts that would normally shatter unprotected glass now preserving its optical clarity.

ベーススキンタイプ3－100ミクロンはブレイのオリジナルベーススキンでカリボリエステルベースを使い飛び石などのキズを防ぎ事故などでガラスが粉々に割れるのを防ぐ。

Bray의 오리지널 Windshield Skin™ Base Skin은 최고의 폴리에스테르 제질의 중심 위에 제작으로 모든 부분을 견딜 수 있습니다. 이것은 제품이 이 시점까지 않은 유리를 깰 수 있는 충격에 서도 유리의 보호하여 줍니다.

Bray的原始挡风玻璃膜(tm)它的基本底层膜是采取光学透明聚脂基。保留其光学清晰度。





Windshield Skin -- Lamborghini Gallardo   part number PLFW03102

## BASESKIN SOLAR DARK
### type 3 -100μm

Base Skin Solar Dark is a solar version of our clear Base Skin. Bray again remain industry leader with its innovative technology. Now you can get privacy, heat protection and impact windshield protection all in one.

ベーススキン ソーラーダークタイプ3—100ミクロンはクリアーベーススキンのダークソーラー色付きバージョン。プライバシーと太陽光線から守り、ガラス飛散防止のオールインワンである。

Base Skin Solar Dark 는 저희 Base Skin 의 솔라 버전입니다. 이 제품은 다시 한번 저희 회사가 혁신적인 기술에 의으로 이 시장을 이끌어나가는 제 자리에는 것을 증명했습니다. 이 제품을 통해 열에서부터의 보호효과와 유리보호효과를 한꺼번에 누릴 수 있습니다.

将本款系列里的SolarDark跟我们清澈的本 晒系列里的防晒阴版。Bray依然是与其创新技 术的行业领袖。现在，你可以获到的隐私。 防热和冲击挡风玻璃保护于一身。





Windshield Skin  --  Lamborghini Huracan   part number PLFW03107

## BASESKIN PLUS
### type 3 - 175µm

For the ultimate in windshield protection. the Bray Base Skin Plus with Top Skin is the pinnacle in performance. There is no other that can match the performance and durability that Bray has to offer.

ベーススキン プラスタイプ3－175ミクロンはガラス保護の頂点でこのベーススキンの上にトップスキンを被れば強度パフォーマンスは他ほかに太刀打ちを出来ない。

Bray Base Skin Plus 와 Top Skin 은 앞유리 보호의 정점을 보여 줍니다. 저의 Bray사에 종하는 성능과 대구력을 따라수 배하못을 없합니다.

对玻璃终在挡风玻璃上的保护。在Bray底膜与顶部膜的配合其性能可谓绝顶疑工作。没有比Bray所能提供的更超用了。





Windshield Skin — Ferrari 458  part number PLFV03026

## ECOSKIN
### type 1 - 100μm

The most cost effective product for temporary use, Eco Skin provides a single layer, limited time protection. Ideal for manufacturer's during pre/post production. With outstanding clarity, it can also be left on for the transport process.

エコースキンタイプ1 ― 100ミクロンは短期間使用用のフィルムである。クリアーシングルレイヤーで眼られた期間保護する。メーカーから申、パス、トラックなど製品される時ガラス保護に過している。

Eco Skin은 일 시 유리 보호 를 위 한 비용 권 간의 효율 높은 이 막이나 박이나 제품으로 만들으로 권 제로식되어 있고 하 있 일 시 신 등 난 않은 유 의 료 요효하 습 니다. 이것은 자동차 제조의 신 / 기 사용하기에 우 응 하 며 산 들 는 제 조 의 전 / 주 에 신 등 되 며 박 이 민 루 될 运 송 소 의 에 서 도 사용됩니다.

最具成本效益的临时产品。Eco是提供单 层、时间有限的保护。非常适用于制造商的 前/后期制作。凭借出色的清晰度，也可以应 用于运输过程件件。



Windshield Skin  ~  Ferrari LaFerrari   part number PLFW03046

## ECOSKIN PLUS
### type 1 - 175μm

The ultimate in temporary windshield protection. It is ideal for RV and Transportation vehicle manufacturers during pre and post production and it may even be left on for the automotive transport process.

エコースキンプラスタイプ1ー175ミクロン 結晶時使用に向ける一番 強度のあるフィルムでRVや運搬整車などに適してくる。

이 제품을 밖이나 안 유리 보호제품으로써 RV 혹은 운송차량등의 제조의 제에서 자 제조 전/후 혹은 운송차량에서 사용되 모두로 제 작된 보호제품입니다

临时挡风玻璃保护膜 对房车及运输车辆制造 商先论是量产前后期制作过程绝对处理想的临时 保护产品。





## RACESKIN *RIP AWAY*
### type 3 - 23μm

Proven, in Japan by Super GT and in the USA by the Ferrari Challenge, for the very best Rip Away Product. Its advance hard coat will prevent scratching 10 times longer than other tear offs on the market.

レーススキン リップアウェイタイプ3－2 3 ミクロンは日本ではスーパーGT（アメリカではフェラーリ・チャレンジで使われた実績を示しているベストでマルチレーススキン。スーパーハードコートは他社の10倍はレント防止に優れている。

이 제품은 우수성이 일본의 Super GT와 미국에서 열린 Ferrari Challenge에서 증명된 최고의 Rip Away 제품입니다. 이 제품의 코성을 하드 코팅은 다른 회사에서 제거된 Rip Away 제품들 보다 10배의 긁힘방지를 사용합니다.

实践证明，在日本超级GT和美国的产品。它的硬度除膜可以防止一般市场的产品防止划伤的多达10倍。





Windshield Skin – Ferrari 458  part number PLFW03026

## RACESKIN
### type 3 - 100μm

Race Skin that is recommended for motorsport glass windshields. This base coat will dramatically reduce the chances of any damage to the windshield. You can add Bray Rip Away Race Skin on top of Race Skin for an ongoing protection program.

レーススキンタイプ3－100ミクロンを モータースポーツのガラス保護にベースに 貼りその上に23ミクロンリップアウェイを複数 枚張ることでガラスへのダメージのチャン スが無くなる。

Race Skin 을 모터스포츠의 유리 보호제로 으로 세우려고 있습니다. 이 베이스 코팅은 유 리에 손상 줄 는 피해를 줄여서여 Bray Rip Away Race Skin 유 의 제품 위에 시공할으 로써 지속적인 보호를 위할수 있습니다

挡风玻璃贴膜推荐用于赛车时的挡车为保护挡 风玻璃。此底层膜可以大大地减少挡风玻璃损 瑞任何损坏的几率。您可以添加Bray顶层保 护膜以便持有持续的保护方案。





## RACESKIN PLUS
### type 3 - 175μm

For the absolute ultimate in motorsport glass windshield protection. This 175μm Race Skin Plus can be used with as many Bray Rip Away Race Skin you wish to apply, nearly eliminating any chance of ever breaking your glass windshield.

レーススキンプラス タイプ3ー175ミクロンをベースに貼り込みミクロンリップアウェイを数枚貼ればフロントガラスが割れる可能性はほぼゼロに近い。

이 제품은 모터스포츠의 궁극적인 유리 앞 유리 보호용으로 제작되었습니다. 175μm 두께의 Race Skin Plus는 여러 장의 Bray Rip Away Race Skin과 병행하여 사용할 수 있고 앞 유리가 깨지는 상황을 거의 방지하여 줍니다.

为提供汽车玻璃挡风镜的保护。Race Skin Plus 的175μm可与Bray Rip Away Race Skin（Bray可替换保护膜）同时应用，并大幅度降低损坏玻璃挡风镜的所有机会。





## PRODUCT EXTENDER

This is a must have if you are looking to purchase a Bray high-performance glass protection. This formula was specially designed by our chemists to give your Bray product a longer life expectancy. Reapply every 2 to 4 weeks, depending upon conditions.

エクステンダーはブレイくガラス保護品以に欠かせない商品です。弊発の上開発され、ブレイフィルムに2週間から4週間に、度塗ることにより、フィルム本来の良さを長持ちさせます。

이 제품은 Bray의 유리 보호제 용품을 구매에 하실 경우 반드시 필요한 제품입니다. 이것은 화학으로 만들어진 제품으로서 Bray 제품의 수명을 늘려줍니다. 주위 환경에 따라 2주에서 4주사이에 한번씩 발라주면 됩니다.

這是一個必須要的，如果您購買Bray高性能玻璃保護。這個配方是專門由我們的化學家設計，讓您的Bray產品更長的壽命。置新應用每2~4周，這取決于條件。



# EXHIBIT E

# WORKMAN | NYDEGGER
INTELLECTUAL PROPERTY LAW & COMPLEX/COMMERCIAL LITIGATION

J. DUSTIN HOWELL
EMAIL: DHOWELL@WNLAW.COM

May 1, 2013

**VIA EMAIL (abray@braygroup.com)**
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Alan Bray
**BRAY GROUP, INC.**
4801 Laguna Blvd, Ste 105
Elk Grove, CA  95758

         Re:         Notice of U.S. Patents
         Our Ref. No.:   16012.16

Dear Mr. Bray:

      As you know, this firm represents ClearPlex Corporation ("ClearPlex") in its intellectual property matters.

      It is our understanding that you have recently been providing a new glass protection film.  We want to remind you that ClearPlex owns the enclosed issued patents and pending patent publication relating to its technology. Specifically, enclosed is a copy of U.S. Patent No. 7,992,917, issued August 9, 2011, and entitled *Protective Laminates for Windshields*, U.S. Patent No. 8,172,300, issued May 8, 2012, and entitled *Protective Laminates*, and U.S. Patent Application Publication No. 2008/0206522, published August 28, 2008, and entitled *Method of Manufacturing a Windshield Having a Protective Laminate*, each of which is owned by ClearPlex.

      You should be aware that, upon issuance, 35 U.S.C. § 284 provides that the owner of a patent can obtain a reasonable royalty from any person who, during the period from the date of publication of the patent application to the date the patent issues, makes, uses, offers for sale, sells, and/or imports the invention claimed in the published patent application.  Additionally, the owner of an issued patent can also obtain an injunction to prohibit infringement of the claims of the patent and also recover damages, including lost profits.  Furthermore, willful infringement of the patent claims can result in an award of treble damages and attorneys' fees under 35 U.S.C. § 284.

      If you wish to discuss the above patents and patent application, please feel free to contact our office.

                        Very truly yours,

                        WORKMAN NYDEGGER

                        J. Dustin Howell

cc: Clearplex Corporation

7004 1350 0003 7602 6387

| | |
|---|---|
| **From:** | Joan Edginton |
| **Sent:** | Wednesday, May 01, 2013 11:10 AM |
| **To:** | 'abray@braygroup.com' |
| **Cc:** | Dustin Howell |
| **Subject:** | Notice of U.S. Patents - (Original Letter Sent Via Certified Mail) |



Attached please find a letter from Dustin Howell forwarding three U.S. Patents owned by ClearPlex.  Please contact us at your earliest convenience to discuss this matter.



*JOAN EDGINTON*
*SECRETARY TO JONATHAN W. RICHARDS*
*AND J. DUSTIN HOWELL*
***WORKMAN | NYDEGGER***
*60 East South Temple*
*Suite 1000*
*Salt Lake City, Utah 84111*
*Telephone:  801.533.9800*
*Facsimile:  801.328.1707*
*Email:    jedginton@WNlaw.com*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alan Bray
   BRAY GROUP, INC.
   4801 Laguna Blvd., Ste. 105
   Elk Grove, CA 95758

   16012.16

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X R Sumpter   ☑ Agent
              ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

R. Sumpter        5/4/13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☑ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**EXHIBIT F**



WORKMAN | NYDEGGER
INTELLECTUAL PROPERTY LAW & COMPLEX/COMMERCIAL LITIGATION

J. DUSTIN HOWELL
EMAIL: DHOWELL@WNLAW.COM

August 29, 2013

**VIA Facsimile (916.913.0054)**

Alan Bray
**BRAY GROUP, INC.**
4801 Laguna Blvd, Ste 105
Elk Grove, CA 95758

Re:            Notice of U.S. Patents
Our Ref. No.:   16012.16

Dear Mr. Bray:

As you know, this firm represents ClearPlex Corporation ("ClearPlex") in its intellectual property matters.

It is our understanding that you have recently been providing a new glass protection film. We want to remind you that ClearPlex owns the enclosed issued patents and pending patent publication relating to its technology. Specifically, enclosed is a copy of U.S. Patent No. 7,992,917, issued August 9, 2011, and entitled *Protective Laminates for Windshields*, U.S. Patent No. 8,172,300, issued May 8, 2012, and entitled *Protective Laminates*, and U.S. Patent Application Publication No. 2008/0206522, published August 28, 2008, and entitled *Method of Manufacturing a Windshield Having a Protective Laminate*, each of which is owned by ClearPlex.

You should be aware that, upon issuance, 35 U.S.C. § 284 provides that the owner of a patent can obtain a reasonable royalty from any person who, during the period from the date of publication of the patent application to the date the patent issues, makes, uses, offers for sale, sells, and/or imports the invention claimed in the published patent application. Additionally, the owner of an issued patent can also obtain an injunction to prohibit infringement of the claims of the patent and also recover damages, including lost profits. Furthermore, willful infringement of the patent claims can result in an award of treble damages and attorneys' fees under 35 U.S.C. § 284.

If you wish to discuss the above patents and patent application, please feel free to contact our office.

Very truly yours,

WORKMAN NYDEGGER

J. Dustin Howell

cc: Clearplex Corporation

```
User ID: COPX
=======================================================================================
TO: Name: Bray Group Inc
    Company:
    Fax Phone Number: 9 1 916 913 0054
    Contact Phone Number:
    Info Code 1: 999999                    Info Code 2: 1


Sent to remote ID:+19169130054
Sent at:Thu Aug 29 11:12:10 2013
Sent on channel 0
Elapsed Time: 25 minutes, 26 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 38.
-----------------------------------------------------------------------------------
```

# Workman | Nydegger

1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 533-9800
Fax: (801) 328-1707

---

## FAX TRANSMISSION COVER SHEET

**Date:**        August 29, 2013

**To:**          **Alan Bray**

                 **Bray Group, Inc.**

**Fax:**         (916) 913-0054

**Phone:**

**Re:**          Notice of U.S. Patents
                 Our File No. 16012.16

**Sender:**      J. Dustin Howell

---

YOU SHOULD RECEIVE __PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE
ALL THE PAGES, PLEASE CALL 801-321-8811

**Comments:**

---

### PRIVILEGED AND CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL
INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS
MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA
THE U.S. POSTAL SERVICE. THANK YOU.

# EXHIBIT G



# WORKMAN | NYDEGGER
### INTELLECTUAL PROPERTY LAW & COMPLEX/COMMERCIAL LITIGATION

J. DUSTIN HOWELL
EMAIL: DHOWELL@WNLAW.COM

October 3, 2013

**VIA Facsimile (916.913.0054)**

Alan Bray
**BRAY GROUP, INC.**
4801 Laguna Blvd, Ste 105
Elk Grove, CA 95758

Re:               Notice of U.S. Patents
Our Ref. No.:    16012.16

Dear Mr. Bray:

     This letter is written in follow up to our letter of August 29, 2013. Enclosed with that letter were copies of United States Patent Nos. 7,992,917and 8,172,300, and U.S. Patent Application Publication No. 2008/0206522, which are directed to protective laminates for windshields, and which are owned by our client, ClearPlex Corporation. We have not yet received a response from you acknowledging receipt of our letter. Therefore, please acknowledge receipt of our August 29, 2013 letter and the copies of the aforementioned patents and patent publication.

                    Very truly yours,

                    WORKMAN NYDEGGER

                    J. Dustin Howell

cc: Clearplex Corporation

```
User ID: COPY
================================================================================
TO: Name: Bray Group
    Company:
    Fax Phone Number: 9 1 916 913 0054
    Contact Phone Number:
    Info Code 1: 016012               Info Code 2: 16

Sent to remote ID:+19169130054
Sent at:Thu Oct 03 15:26:27 2013
Sent on channel 1
Elapsed Time:  0 minutes, 54 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 2.
--------------------------------------------------------------------------------
```

# Workman | Nydegger

1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 533-9800
Fax: (801) 328-1707

## FAX TRANSMISSION COVER SHEET

**Date:**      October 3, 2013

**To:**       **Alan Bray**
             **Bray Group, Inc.**

**Fax:**       (916) 913-0054

**Phone:**

**Re:**        Notice of U.S. Patents
             Our File No. 16012.16

**Sender:**    J. Dustin Howell

YOU SHOULD RECEIVE __PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE
ALL THE PAGES, PLEASE CALL 801-321-8811

**Comments:**

PRIVILEGED AND CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL
INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS
MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA
THE U.S. POSTAL SERVICE. THANK YOU.