UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARPLEX CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>BRAY GROUP, a/k/a BRAY, a/k/a THE BRAY GROUP, INC., a/k/a BRAY GROUP INC.; and ALAN BRAY<br><br>          Defendants. | No. 2:14-cv-02099-GEB-AC<br><br>**STATUS (PRETRIAL SCHEDULING) ORDER** |

This case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on December 15, 2014 is continued to January 26, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240, and propose a claim construction schedule concerning Plaintiff's patent infringement claims. Specifically, the parties shall propose in the joint status report, a schedule for:

The exchange of each party's proposed terms for claim construction;

The exchange of each party's proposed claim construction and supporting evidence;

1

The filing of a Joint Claim Construction Statement, after the parties seek to resolve disputes;

The filing of opening and responding claim construction briefs and supporting evidence; and

A claim construction hearing.

The parties shall also address in the joint status report the necessity for and/or proposed scheduling of a tutorial to present a short summary and explanation of the technology at issue.

Dated: December 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge