UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARPLEX CORPORATION, | No. 2:14-cv-02099-GEB-AC |
| Plaintiff, | |
| v. | **STATUS (PRETRIAL SCHEDULING) ORDER** |
| BRAY GROUP, a/k/a BRAY, a/k/a THE BRAY GROUP, INC., a/k/a BRAY GROUP INC.; and ALAN BRAY, | |
| Defendants. | |

The status (pretrial scheduling) conference scheduled for hearing on January 26, 2015, is vacated since the parties' Joint Status Report filed on January 12, 2015 ("JSR") indicates the following Order should issue.

**CLAIM CONSTRUCTION SCHEDULE**

The parties' proposed claim construction schedule is adopted, as modified, as follows:

1. Each party shall serve on each other party its proposed terms for claim construction no later than October 9, 2015.

2. Each party shall serve on each other party its proposed claim construction and supporting evidence no later than October 30, 2015.

1

      3.    The parties shall file a Joint Claim Construction Statement no later than November 6, 2015, after the parties seek to resolve disputes. Disputed terms, phrases, and clauses shall be designated as disputed. For any disputed term, phrase, or clause, the joint statement shall list each disputed term, phrase, or clause (listed by claim); each party's proposed construction; and support for each party's proposed construction side by side. A model format for the construction statement is as follows (or any other substantively similar format that permits the court to compare terms side by side):

| Claim Language (Disputed term, phrase, or clause in bold) | Plaintiff's Proposed Construction and Evidence in Support | Each Defendant's Proposed Construction and Evidence in Support |
|---|---|---|
|  |  |  |

      4.    The parties shall attach to the Joint Claim Construction Statement a copy of the patent(s) in dispute. The parties shall also make a complete prosecution history for the patent(s) available to the Court upon request.

      5.    The parties shall simultaneously file opening claim construction briefs and supporting evidence no later than November 30, 2015. Claim construction briefs shall address each disputed term, phrase or clause following the order of the joint statement.

      6.    The parties shall file responsive claim construction briefs no later than December 14, 2015.

7. A claim construction hearing is scheduled to commence at 9:00 a.m. on January 11, 2016.

**FURTHER SCHEDULING**

Upon issuance of the claim construction ruling, the Court will set a date for the filing of a further joint status report. In that report, the parties must address the following topics:

a) Whether either party wishes to certify the claim construction ruling for immediate appeal to the Federal Circuit;

b) The filing of dispositive motions, and timing of those motions;

c) Anticipated post-claim construction discovery;

d) Any other pretrial matters.

IT IS SO ORDERED.

Dated: January 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge