UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARPLEX CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BRAY GROUP, a/k/a BRAY, a/k/a THE BRAY GROUP, INC., a/k/a BRAY GROUP INC.; and ALAN BRAY,<br><br>        Defendants. | No. 2:14-cv-02099-GEB-AC<br><br>**AMENDED STATUS (PRETRIAL SCHEDULING) ORDER** |

        Pursuant to the parties' stipulation and request to "extend and modify [the] dates set forth in . . . this Court's January 22, 2015 Claim Construction Schedule (Dkt. No. 15) by 90 days for all deadlines," the following amended status order issues. (Stipulation & Proposed Order to Modify Case Schedule 3:18-21, ECF No. 21.)

**CLAIM CONSTRUCTION SCHEDULE**

        The parties' proposed claim construction schedule is adopted, as modified, as follows:

        1. Each party shall serve on each other party its proposed terms for claim construction no later than January 8, 2016.

        2. Each party shall serve on each other party its proposed claim construction and supporting evidence no later than

1

January 29, 2016.

3. The parties shall file a Joint Claim Construction Statement no later than February 5, 2016, after the parties seek to resolve disputes. Disputed terms, phrases, and clauses shall be designated as disputed. For any disputed term, phrase, or clause, the joint statement shall list each disputed term, phrase, or clause (listed by claim); each party's proposed construction; and support for each party's proposed construction side by side. A model format for the construction statement is as follows (or any other substantively similar format that permits the court to compare terms side by side):

| Claim Language (Disputed term, phrase, or clause in bold) | Plaintiff's Proposed Construction and Evidence in Support | Each Defendant's Proposed Construction and Evidence in Support |
|---|---|---|
|  |  |  |

4. The parties shall attach to the Joint Claim Construction Statement a copy of the patent(s) in dispute. The parties shall also make a complete prosecution history for the patent(s) available to the Court upon request.

5. The parties shall simultaneously file opening claim construction briefs and supporting evidence no later than February 29, 2016. Claim construction briefs shall address each disputed term, phrase or clause following the order of the joint statement.

6. The parties shall file responsive claim construction briefs no later than March 14, 2016.

7. A claim construction hearing is scheduled to commence at 9:00 a.m. on April 11, 2016.

**FURTHER SCHEDULING**

Upon issuance of the claim construction ruling, the Court will set a date for the filing of a further joint status report. In that report, the parties must address the following topics:

a) Whether either party wishes to certify the claim construction ruling for immediate appeal to the Federal Circuit;

b) The filing of dispositive motions, and timing of those motions;

c) Anticipated post-claim construction discovery;

d) Any other pretrial matters.

IT IS SO ORDERED.

Dated: September 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3